UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MISSOURI

EASTERN DIVISION

EXHIBIT

D

TINA MOORE, et al.,          )
                             )
             Plaintiffs,     )
                             )
        vs.                  ) No. 4:14-CV-1443 SNLJ
                             )    4:14-CV-1447 SNLJ
CITY OF FERGUSON, et al.,    )    (Consolidated)
                             )
             Defendants.     )

DEPOSITION OF ALAN SCHILLING

Taken on behalf of Defendant

January 13, 2016

Kathy Bauernfeind, CCR #1361

PohlmanUSA Court Reporting (877) 421-0099

1               INDEX OF EXAMINATION

2   QUESTIONS BY MS. SHAFAIE. . . . . . . . . . .   5

3   QUESTIONS BY MR. FLOYD. . . . . . . . . . . .  22

4   QUESTIONS BY MR. JOHNSON. . . . . . . . . . .  28

5   QUESTIONS BY MR. DOWD.. . . . . . . . . . . .  33

6

7

                INDEX OF EXHIBITS
8
    NUMBER          DESCRIPTION                 PAGE
9
    1       Witness Statement                    5
10
    2       Transcription of 911 call           22
11

12
        (Exhibits retained by the court reporter.)
13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
 2                    EASTERN DIVISION


 3
    TINA MOORE, et al.,          )
 4                               )
                  Plaintiffs,    )
 5                               )
         vs.                     ) No. 4:14-CV-1443 SNLJ
 6                               )    4:14-CV-1447 SNLJ
    CITY OF FERGUSON, et al.,    )     (Consolidated)
 7                               )
                  Defendants.    )
 8

 9            DEPOSITION OF ALAN SCHILLING, produced,
    sworn, and examined on behalf of Defendant, January
10  13, 2016, commencing at 11:27 a.m. and concluding at
    12:13 p.m., at Pitzer Snodgrass, P.C., 100 South 4th
11  Street, St. Louis, Missouri, before Kathy Bauernfeind,
    a Certified Shorthand Reporter for the State of
12  Missouri.

13               A P P E A R A N C E S

14  FOR PLAINTIFFS DELORES MOORE AND RENEE RODGERS, AS
    NEXT FRIEND FOR A.D.R., A MINOR:
15
            BATY, HOLM, NUMRICH & OTTO, P.C.
16          BY:  TODD M. JOHNSON, ESQ.
            4600 Madison Avenue, Suite 210
17          Kansas City, Missouri 64112

18  FOR PLAINTIFFS TINA MOORE AND ESTATE OF JASON MOORE:

19          THE FLOYD LAW FIRM
            BY:  MARK FLOYD, ESQ.
20          8151 Clayton Road, Suite 202
            St. Louis, Missouri 63117
21
            DOWD & DOWD, P.C.
22          BY:  WILLIAM T. DOWD, ESQ.
            211 North Broadway, Suite 4050
23          St. Louis, Missouri 63102

24

25
```

1                      A P P E A R A N C E S

2

3      FOR DEFENDANTS:

4              PITZER SNODGRASS, P.C.
               BY:  IDA S. SHAFAIE, ESQ.
5              100 South Fourth Street, Suite 400
               St. Louis, Missouri 63102
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EXAMINATION BY MS. SHAFAIE

1          IT IS HEREBY STIPULATED AND AGREED by and

2     between Counsel for the Plaintiff and Counsel for the

3     Defendants, that this deposition may be taken in

4     shorthand by Kathy Bauernfeind, a Certified Shorthand

5     Reporter, and afterwards transcribed into typewriting,

6     and the signature of the witness is not waived by

7     agreement of counsel and the witness.

8               (Exhibit 1 was marked.)

9                         O-O-O

10                    ALAN SCHILLING,

11          having been first duly sworn, was

12          examined and testified as follows:

13               * * * * * * * * * * *

14                      EXAMINATION

15     BY MS. SHAFAIE:

16          Q.   Mr. Schilling, my name is Ida Shafaie.  I'm

17     an attorney that represents the City of Ferguson in a

18     suit being brought by the family of a man named Jason

19     Moore against the City of Ferguson.

20               Before we get started here, I'm going to go

21     over some preliminary matters with you.  The first is,

22     is there anything -- any condition you might have that

23     would prevent you from understanding any of my or the

24     other attorneys' questions here today?

25          **A.   Not that I'm aware of.**

EXAMINATION BY MS. SHAFAIE

Page 6

1        Q.    Okay.

2              Are you under any medication or

3    prescription drug that would prevent you from

4    understanding completely any of my questions or the

5    other attorneys' questions today?

6        **A.    No.**

7        Q.    Okay.

8              As we're going through, if you'll make sure

9    that when I or one of the other attorneys asks you a

10   question, you'll answer with either a yes or a no

11   rather than nodding or giving an um-hum or a hum-um

12   answer.  And that's mainly just to make sure that the

13   court reporter can take down everything that you say

14   exactly, and so that we know weeks from now when we

15   look at your testimony exactly what it was that you

16   were saying.  Can we have that agreement?

17       **A.    Yes.**

18       Q.    Okay.

19             And also as we're going through, sometimes

20   I may ask you a bad question that's confusing or

21   vague.  If you'll let me know if my question is vague

22   or confusing so that I can give you a better question,

23   I'd ask that you do that.

24       **A.    Okay.**

25       Q.    And if you do answer a question, I'm going

EXAMINATION BY MS. SHAFAIE

Page 7

1    to assume that you understood it.  Does that make

2    sense?

3         **A.    Yes.**

4         Q.    Okay.

5              Could you please state your full name for

6    the record?

7         **A.    Alan Gene Schilling.**

8         Q.    What is your date of birth?

9         **A.    5/31/1955.**

10        Q.    And where do you currently reside?

11        **A.    56 North Marguerite Avenue, Ferguson,**

12   **Missouri 63135.**

13        Q.    And what is your telephone number?

14        **A.    (314) 605-1471.**

15        Q.    What is your current occupation?

16        **A.    I am music director in the dance department**

17   **at Webster University.**

18        Q.    Where did you live back in September of

19   2011?

20        **A.    At 56 North Marguerite.**

21        Q.    And how long have you been -- and that's in

22   Ferguson, Missouri, is that correct?

23        **A.    That's correct.**

24        Q.    How long have you been living in Ferguson,

25   Missouri?

EXAMINATION BY MS. SHAFAIE

1      **A.    28 years.  At that address.**

2      Q.   And you stated you live at 56 North

3  Marguerite.  How far away is that, if you know, from

4  102 North Marguerite?

5      **A.   I don't know where that address is.**

6      Q.   Okay.  Okay.

7          So you're here today because you were

8  identified as someone who gave a statement to the

9  Ferguson Police Department back in September of 2011.

10 Do you recall giving a written statement to the police

11 regarding an incident you witnessed?

12     **A.   Yes, I do.**

13     Q.   Okay.

14         And I'm going to talk to you a little bit

15 about that statement, but first I want to ask you,

16 what was the first thing that you heard or saw that

17 gave rise to you later giving a statement to the

18 police?

19     **A.   The first thing I heard were all of the**

20 **dogs in the neighborhood going crazy.  In fact, they**

21 **were woke me up.  And that's -- so I woke up to my**

22 **animals and neighbors', all of them barking.  And so**

23 **it woke me up.**

24     Q.   Do you recall approximately what time that

25 would have been?

EXAMINATION BY MS. SHAFAIE

1       A.    I don't know.  It was sometime before noon.

2       Q.    Okay.

3       A.    But I don't recall how early it was.

4       Q.    Do you remember if it was light or dark

5   outside?

6       A.    It was light.

7       Q.    And so you said that you heard your animals

8   and what you presumed to be other animals in the

9   neighborhood barking.  What if anything did you do

10  once you heard that?

11      A.    I got up and I -- I sleep upstairs.  I went

12  downstairs to the ground floor level of my home and

13  looked outside to see if I could see anything.  And I

14  couldn't see anything, so I went out the front door to

15  see if there was something going on in the street.

16  And at that point I saw a dark-skinned man standing

17  across Airport Road, which would be maybe 150 feet

18  from my front door.  We're the second house on North

19  Marguerite, which is right off the Airport Road.

20            I saw a man standing out there and heard

21  him pretty much just vocalizing, you know, wasn't sure

22  what he was talking about, but was standing in the

23  middle of that street, Marguerite, just off of Airport

24  Road.  So he wasn't in Airport Road, but he was right

25  in the middle of Marguerite.

EXAMINATION BY MS. SHAFAIE

Page 10

1       Q.   Okay.

2       A.   And he was agitated.  Vocalizing something

3  that I couldn't really understand immediately.

4       Q.   Okay.

5       A.   And I thought, well, now I know why the

6  dogs are barking, you know.  And I didn't think too

7  much of it because people -- you know, our

8  neighborhood, you know, occasionally you will hear

9  people speaking very loudly, typically on a cell phone

10  or something, screaming at someone, and dogs bark when

11  they hear that, so I didn't think too much of it at

12  the moment.

13      Q.   And you stated that the man appeared to be

14  agitated.  What do you mean by that?

15      A.   He was throwing his arms up in the air.  He

16  was kind of walking in a circle.  Staying in one spot,

17  but just constantly moving and looking in all

18  directions and obviously upset about something.

19      Q.   Okay.

20           And I think you said he was -- or was he

21  talking or saying anything at that time?

22      A.   Yes.  He was being vocal, and I think

23  that's what --

24      Q.   Okay.

25      A.   -- had aroused all the animals in the

EXAMINATION BY MS. SHAFAIE

1   **neighborhood.**

2         Q.    And when he was being vocal, was he -- was

3   his voice soft or loud or something different?

4         **A.    It was very loud.**

5         Q.    Okay.

6         **A.    Very loud.**

7         Q.    Is it fair to say he was yelling?

8         **A.    Oh, yes.  Definitely.**

9         Q.    When you first saw this man, where you

10  described him, I believe, in the middle of Marguerite,

11  was he clothed?

12        **A.    Yes.  When I first saw him.**

13        Q.    Okay.

14              Did you continue to observe this man after

15  initially seeing him?

16        **A.    Yes.  After I saw, after I determined**

17  **that's what had probably caused all the dogs to be**

18  **barking and everything, I thought, well, I'm not going**

19  **to do anything because everybody's got a right to**

20  **stand in the street and yell.  So I went back in the**

21  **house, and all of the animals continued to bark**

22  **because he was continually yelling, you know, being**

23  **vocal.**

24              **Then I went back outside to see if he was**

25  **going anywhere, because I had already thought at that**

EXAMINATION BY MS. SHAFAIE

Page 12

1    point, if he comes toward my house, I'm definitely

2    calling the police.  Because this man is obviously

3    upset about something, and I don't know this man.  At

4    the same time I thought he might have relatives or

5    friends in a house right there, and maybe they would

6    see him and corral him and help him.  So I wanted to

7    kind of keep an eye on what was happening.

8             So I went back out a few minutes later, and

9    he had removed his shirt and was still moving his arms

10   around and kind of walking in circles and being very

11   vocal.  And I thought, well, that's a little odd, but

12   hopefully someone that knows him, you know -- I really

13   assumed that he belonged to a house right there.  I

14   didn't know.  You know.  I hadn't really ever seen

15   this person before.

16            And then I went back in the house because I

17   thought, well, okay, he's still not coming toward me

18   or my property, and, you know, I didn't want to get

19   involved because I didn't know the situation.

20            A few minutes later, the dogs were still

21   barking.  I went back out and this time he had

22   removed -- and was in the process of removing

23   everything that he had on.  And basically the man was

24   naked, still yelling and doing everything that he was

25   doing.  So at this point I felt like this was out of

EXAMINATION BY MS. SHAFAIE

1  the norm for behavior in public.  And I felt like the

2  only thing to do was call 911 because I wasn't

3  personally going to handle his situation.  You know.

4  It's beyond my ability.  And that's when I called 911,

5  and I believe was connected to Ferguson police and

6  told them what was happening.

7       Q.   Okay.  And what did you tell the 911

8  operator, the dispatcher that you spoke with?

9       A.   I'm sure I told them that a man was out in

10  the street screaming and had removed his clothes and

11  was naked and I felt like he needed help.

12       Q.   And do you recall what that

13  dispatcher/operator said back to you, if anything?

14       A.   I don't really recall.

15       Q.   Okay.

16            You stated at a couple points the man was

17  very vocal, yelling in a loud manner.  Were you able

18  to make out anything that he said or yelled?

19            MR. JOHNSON:  Object to form; misstates

20  prior testimony.

21       A.   I remember hearing him use the word Jesus

22  quite a few times.

23       Q.   (BY MS. SHAFAIE)  Okay.  Anything else you

24  recall hearing the man say?

25       A.   It seemed -- I think that in connection

EXAMINATION BY MS. SHAFAIE

1  with using the word Jesus, it was basically religious

2  in nature.  I kind of felt like he thought he might be

3  preaching.

4      Q.   Okay.

5           After you placed the call to 911 or the

6  police department, did you go outside of your house

7  again to see if the man was still there or where he

8  had gone?

9      A.   I didn't go out to watch him, because I

10  figured the police would be coming.  And, in fact, I

11  think I heard their siren or patrol cars coming up.  I

12  saw them arrive.

13           But a few minutes later I looked outside,

14  and I went in my backyard, there was a patrol car on

15  Airport Road.  And I walked out of my backyard over to

16  the patrol car, and I think, if I can remember, the

17  officer said something like, are you the one that

18  called 911.  And I'm sure I said yes, that was me.

19           And I think that the officer said that

20  he -- or they, collectively, could not find the man.

21  That his clothes were still in the middle of the

22  street, but they didn't know where he was.  And I was

23  really concerned because I thought that maybe he was

24  hiding somewhere.  So I went back to my yard and

25  checked in my garage to make sure that he hadn't like

Page 15

1   come over and gone in my garage.  And he hadn't.

2          And after that, I don't recall talking to

3   an officer or -- I didn't really know what happened.

4   If they had actually found the man or if -- if they

5   were still looking for him.

6      Q.   Okay.

7          You stated earlier that you had seen the

8   man in the middle of Marguerite Road, is that correct?

9      A.   Um-hum.

10     Q.   At any point when you saw the man in the

11  road, were there cars on the roadway that you

12  observed?

13     A.   I don't recall seeing any cars, but Airport

14  Road is a busy street.  And I remember thinking to

15  myself that if this man needs help, he could easily

16  just go right on out in the middle of the street and

17  be struck by a car.  And it's part of the reason I

18  called 911.  I mean, I was concerned about the guy's

19  safety, plus I was concerned, I didn't know what his

20  intentions were.  So I called for those two reasons.

21     Q.   Okay.

22          Were you concerned about your own safety?

23     A.   Yes.

24     Q.   And you stated that Airport Road is a very

25  busy road, is that correct?

EXAMINATION BY MS. SHAFAIE

Page 16

1      A.    Um-hum.

2      Q.    Is it busy in the morning on the weekends?

3      A.    Not as busy as during the week.  But there

4  is definitely traffic on Airport Road constantly.

5      Q.    And then you stated that when the officer

6  came and spoke with you -- was it just one officer or

7  more than one?

8      A.    The only officer I spoke to, that I

9  remember, is the officer that was parked like down

10  close to the alley that goes to my property.  And

11  that's why I spoke to him, because he was right there.

12  And I was curious to, you know, to know what happened

13  to this guy.

14      Q.    And did you provide the officer any

15  directional information or anything about where you

16  thought the man might be?

17      A.    I don't recall saying anything because the

18  last time I saw the man, he was in the middle of that

19  intersection.

20      Q.    At any point had you seen anyone out in the

21  street with the man?

22      A.    I don't recall seeing anyone else there.

23      Q.    I'm going to hand you what I have marked as

24  Exhibit 1.  I want you to take a look at that.

25      A.    Yes.

EXAMINATION BY MS. SHAFAIE

Page 17

1      Q.   Do you see -- is that your signature there

2 at the bottom?

3      **A.   Yes.  I remember, now that I'm looking at**

4 **this, I remember writing this.**

5      Q.   So you wrote the contents of what's in

6 Exhibit 1?

7      **A.   Yes, I did.**

8      Q.   And that's your signature at the bottom,

9 correct?

10     **A.   Um-hum.**

11     Q.   And it looks like there is a date up top,

12 September 17th of 2011.  Does that seem to be accurate

13 to you?

14     **A.   Yes.**

15     Q.   And the time, I think that says 7:25.  Does

16 that also seem accurate to you?

17     **A.   Yes.**

18     Q.   Okay.

19     **A.   I knew -- I mean, I knew it was in the**

20 **morning.  I just -- that's a long time so...**

21     Q.   Okay.

22          Have you been able to read through that

23 entire section that says Statement --

24     **A.   Yes.**

25     Q.   -- and if you haven't, I would ask that you

EXAMINATION BY MS. SHAFAIE

Page 18

1   would.

2           Okay.  Is there anything in there that you

3   believe now is incorrect?

4       A.   No.  Because writing this at the moment

5   right after it happened I would say this is as correct

6   as I could be about it.

7       Q.   Okay.

8           Is there anything else that you remember

9   about this incident that you haven't either told me

10  today or that isn't contained in this statement?

11      A.   The last thing that I saw that morning were

12  police cars at the next intersection, which is the

13  intersection of Dade and Airport Road.  Which is about

14  as far as I can see from my house on Airport Road.  I

15  saw police cars there.  But I did not know what had

16  happened at that time.

17      Q.   Did you ever see any police officers

18  interact with the man you had seen?

19      A.   No.

20      Q.   Okay.

21          Did you ever learn anything about what

22  happened to this man?

23      A.   I did.  Because originally, a few months

24  later, an attorney contacted me who was working on

25  this case in some way and wanted to know if I had seen

EXAMINATION BY MS. SHAFAIE

1    anything or said that I was one of the witnesses and

2    that they wanted to ask me a few questions.

3         Q.   Okay.

4              Do you know if it was any of the gentlemen

5    in this room?

6         A.   I don't know.  I just spoke to them on the

7    phone.  So I have no idea what the person looked like.

8         Q.   Do you remember their name?

9         A.   Well, I have a letter from that attorney,

10   so I can tell you who that attorney was.

11        Q.   Okay.

12        A.   Ron R. Buretta & Associates Incorporated.

13   And that's when I learned that the gentleman's name

14   was Jason Moore.

15        Q.   Okay.

16        A.   According to their information that they

17   sent.

18        Q.   Do you mind if I see that letter?

19        A.   I don't mind.

20        Q.   And do you mind if I show it to the other

21   attorneys here as well?

22        A.   I don't mind.  There is two copies, you can

23   have a copy if you like.

24             MS. SHAFAIE:  Would you all like a copy?

25             MR. DOWD:  Keep a copy and then we can make

EXAMINATION BY MS. SHAFAIE

Page 20

1    a copy.

2         A.   The information that I got from that was

3    that I -- I learned the person's name, which I had no

4    idea who this person was.  And I still didn't

5    recognize the name or --

6         Q.   (BY MS. SHAFAIE)  Okay.

7         A.   -- or the person.

8         Q.   Give me one second.  I might be done with

9    questions for you.

10             I think you had mentioned that you saw the

11   man disrobe at one point, is that correct?

12        A.   Yes.

13        Q.   Did you actually see -- did the man carry

14   the clothes with him, or did you see where those

15   clothes ended up?

16        A.   When saw him, he was just dropping them on

17   the ground.  Just like he was adamant about now it's

18   time to take my clothes off, and just like threw them

19   on the ground.  And that's -- that's what I remember.

20   I will say that after reading my statement, I recall

21   that the clothes were missing.  At some point that

22   morning, after the police arrived or before they

23   arrived, but I didn't remember that until I read my

24   statement.

25        Q.   Did you ever see anyone retrieve those

EXAMINATION BY MS. SHAFAIE

Page 21

1    clothing items?

2         A.   I don't recall seeing anyone take the

3    clothing.  I was just surprised that the clothes were

4    missing.

5         Q.   Can you describe what the man looked like?

6         A.   He had very dark skin.  I would say brown,

7    not black.  He had dark hair.  Dark eyes.  He was, I

8    would say, medium build, not fat.  In fact, looked

9    like he was in pretty good physical condition.

10   Because I could see his entire body.  Looked like a

11   healthy man, you know.  But I couldn't -- I don't

12   really recall what his face looked like because it was

13   at a distance where I just, you know, I wouldn't

14   recognize him if I saw him again.

15        Q.   What was the distance that you were from

16   the man when you had come outside of your home?

17        A.   Well, our house is the second house off of

18   Airport Road.  So, I mean, just guessing, I would say

19   100 to 150 feet.  I mean, whatever -- however much the

20   lot next to us is, plus the distance across Airport

21   Road.  And then he was right there on the other side

22   of Airport Road.

23             MS. SHAFAIE:  I don't have any further

24   questions.  These gentlemen may have some questions

25   for you.

Page 22

1                    EXAMINATION

2   BY MR. JOHNSON:

3        Q.   Mr. Schilling, my name is Todd Johnson.  I

4   represent some of the family members of Mr. Moore.  We

5   have the benefit of your 911 call.  Would it refresh

6   your memory or help you for me to play that for you so

7   you could listen to it and ask a couple of questions

8   about it?

9        **A.   Sure.  It helped me to read my statement**

10  **so...**

11            MR. JOHNSON:  Why don't we go off the

12  record.

13            (Discussion off the record.)

14            (Exhibit 2 was marked.)

15       Q.   (BY MR. JOHNSON)  Mr. Schilling, we're back

16  on the record.  My name is Todd Johnson.  I'm an

17  attorney that represents some of Mr. Moore's family

18  members.

19       **A.   Yes.**

20       Q.   During a break, did I afford you the

21  opportunity to listen to an audio call that you made

22  on September 17, 2011, to the Ferguson Police

23  Department?

24       **A.   Yes, you did.**

25       Q.   And did you recognize the voice in the

EXAMINATION BY MR. JOHNSON

1    recording I showed you off the 911 disk as your voice?

2         **A.    Yes.**

3         Q.    And my office attempted to transcribe that

4    phone call onto what we've marked as Exhibit 2.  It's

5    a one-page document that I gave you during the break

6    as well.  Did you have the opportunity to review

7    Deposition Exhibit 2, sir?

8         **A.    Yes.**

9         Q.    And does Exhibit 2 fairly and accurately

10   transcribe that phone call that you made on September

11   17, 2011?

12        **A.    Yes.**

13        Q.    And you've had the chance to review Exhibit

14   2 before I asked you that question, right?

15        **A.    Yes.**

16        Q.    As of September 17, 2011, was there anybody

17   else in your household who talked to the police about

18   this incident?

19        **A.    No.**

20        Q.    Was there anybody in your household that

21   you believe saw Mr. Moore at any point that morning?

22        **A.    No.**

23        Q.    Was Mr. Moore carrying anything at any

24   point when you observed him other than the clothes he

25   was discarding?

EXAMINATION BY MR. JOHNSON

1    A.    The only thing I remember is his clothes.

2    Q.    Did you see any other neighbors out in the

3 area on their front steps or porches when you observed

4 Mr. Moore?

5    A.    No, I didn't.  And I was looking for

6 people, hopefully his family members or friends or

7 someone to retrieve him.

8    Q.    After you made the phone call -- strike

9 that.

10    Let's go back to the phone call itself.

11 After listening to that phone call, at any point did

12 you hear what you considered to be a laugh or chuckle

13 that you made about the phone call or about reporting

14 the incident?

15    A.    Well, I heard myself -- I wouldn't say it

16 was a laugh or a chuckle, but I was just amazed that

17 someone in my neighborhood would be taking their

18 clothes off.  And so I heard in my voice that, you

19 know, I was saying it kind of in disbelief to the

20 officer, there is a man out here taking all his

21 clothes off and he's going naked.  You know, I heard

22 that in my voice, and I remember feeling like this

23 can't be happening in our neighborhood.

24    Q.    And in return did you hear from the

25 dispatcher or the communications worker that you were

EXAMINATION BY MR. JOHNSON

1    speaking with on that phone call, what you considered

2    to be a laugh or a chuckle after you reported these

3    facts?

4         A.    No.

5         Q.    When the officers met with you later that

6    day, and in Exhibit 1 -- we see 7:25 on Exhibit 1,

7    upper portion of that document, so do you see that,

8    Exhibit 1, the handwritten statement?

9         A.    Yes.

10        Q.    Is that 7:25 a.m.?

11        A.    Yes.

12        Q.    How many officers did you meet with?

13        A.    I only recall talking to the one officer.

14        Q.    Can you describe the officer for us?

15        A.    I don't -- I really don't remember what he

16   looked like.

17        Q.    In other portions of documents we've

18   received in this case, we see that there is a badge

19   number of 560.  Do you see the number 560 in Exhibit 1

20   in the lower left portion?

21        A.    Yes.

22        Q.    And that number, if the documents are true,

23   equates with the name of Officer White.  Do you recall

24   speaking with an Officer White at your residence about

25   this incident?

EXAMINATION BY MR. JOHNSON

1    **A.    I don't recall speaking to him.  But I**

2  **remember writing this.  I just, you know, at the time,**

3  **I don't remember -- I didn't remember actually writing**

4  **this until I saw it.  But I definitely recognize it**

5  **and remember writing it.  It was such a strange event**

6  **that after talking to the officer in the street, and**

7  **that officer mentioning that they couldn't find the**

8  **man, I really don't recall much after that because I**

9  **really didn't know until much later what had happened.**

10    Q.    There is another officer referenced in

11  certain documents we received in this case named

12  Officer O'Connor.  Do you remember meeting with an

13  Officer O'Connor about this incident?

14    **A.    I don't.**

15    Q.    Do you recall meeting with more than one

16  officer or having more than one officer in your

17  presence when you were completing Exhibit 1?

18    **A.    I really don't.  I mean, I don't remember**

19  **the officer who had me complete this.**

20    Q.    Did any officer convey any information to

21  you about any facts and circumstances of their

22  interaction with Mr. Moore that day?

23    **A.    Not beyond the officer I spoke to in the**

24  **street.**

25    Q.    What did he say?

EXAMINATION BY MR. JOHNSON

Page 27

1      **A.   He just stated that they were looking for**

2  **him.**

3      Q.   Afterwards, when you're filling out Exhibit

4  1, which is at 7:25 a.m., did any officer give you any

5  details about the facts and circumstances of the

6  Ferguson Police Department's interaction with

7  Mr. Moore that day?

8      **A.   I don't recall.**

9      Q.   Did you see Mr. -- the individual that we

10  later know is Mr. Moore, did you see the individual

11  proceed down Airport Road after you saw him take his

12  clothes off?

13      **A.   I believe that the last thing that I**

14  **remember seeing was him smack in the middle of that**

15  **intersection of Marguerite and Airport Road.  And I**

16  **don't -- I don't remember seeing -- in fact, I was**

17  **surprised when the officer told me that they couldn't**

18  **find him, because I assumed that he had stayed there.**

19      Q.   Do you know an individual named Tina Moore

20  or Tina Whitby in your neighborhood?

21      **A.   No, I don't.**

22      Q.   The name Jason Moore, does that resonate

23  with you other than just being called to answer

24  questions of ours today?

25      **A.   Right, well, and from the letter I received**

EXAMINATION BY MR. FLOYD

Page 28

1    **from the attorney shortly after the incident.**

2         Q.   Mr. Moore's mother resides in Ferguson.

3    Her name is Delores.  Do you know a Delores Moore?

4         **A.   I don't.**

5         MR. JOHNSON:  I have no further questions.

6    Thank you for coming down here, sir.

7         THE WITNESS:  You're welcome.

8                        EXAMINATION

9    BY MR. FLOYD:

10        Q.   Hi, Mr. Schilling, my name is Mark Floyd.

11   I'm actually representing Mr. Moore's widow, Tina

12   Moore.

13        **A.   I see.**

14        Q.   And I appreciate you coming in here.  And

15   you've done a pretty good account of your memory, and

16   it's helpful, and I just wanted to ask you a few

17   questions.  I won't be long.

18        First of all, you are a director of music

19   and dance at Webster University?

20        **A.   That's correct.**

21        Q.   And how long have you been doing that?

22        **A.   I guess it will be my 11th year.**

23        Q.   And on this particular day, I think the

24   police report shows it was very, very early in the

25   morning, before 7:00 a.m.  I think your estimate is it

EXAMINATION BY MR. FLOYD

1   was around 7:00, but you weren't -- apparently you

2   weren't watching the clock when this was happening,

3   you were just estimating.

4        **A.   Yeah.  I mean, I probably looked at the**

5   **time, you know, when I called 911.  I didn't recall**

6   **that until I saw the written report.  You know.**

7        Q.   Looks like your estimate was pretty

8   accurate.

9             And when you did see Mr. Moore starting

10  when you saw him on the street, and if I understand

11  your testimony so far, you did not see him carrying

12  any type of a weapon, did you?

13       **A.   I don't remember that.  I think I would**

14  **have remembered it, but...**

15       Q.   If you had seen him carrying a weapon, you

16  would have told the police that?

17       **A.   I would have called 911 immediately if, you**

18  **know, if it looked like the guy was armed.**

19       Q.   When you saw him naked in the street, you

20  didn't see him with any type of weapon, did you?

21       **A.   I don't recall that.**

22       Q.   And if I recall your testimony that he

23  seemed agitated?  When I say "he," Mr. Moore?

24       **A.   He was agitated, yes.**

25       Q.   And he was standing in the middle of the

EXAMINATION BY MR. FLOYD

1    street walking in circles?

2         **A.   Yes.**

3         Q.   It didn't appear that he was trying to run

4    from anyone or evade anyone.  He was making himself

5    very visible in the middle of the street?

6              MS. SHAFAIE:  Form, foundation.

7         **A.   He seemed like an angry man who wanted to**

8    **get something off his chest and wanted everyone to**

9    **know it, you know.**

10        Q.   (BY MR. FLOYD)  And you thought that he --

11   it sounded like he might even be preaching in the

12   middle of the street.

13        **A.   Yes.**

14        Q.   Based upon your perception, this was odd

15   behavior, is that correct?

16        **A.   It was odd because he seemed to be having a**

17   **conversation with -- I didn't see any other people**

18   **around.**

19        Q.   He was the only one in the conversation?

20        **A.   And he was having a conversation out loud**

21   **adamantly.**

22        Q.   And that's odd?

23        **A.   Yes.**

24        Q.   So you got a naked man standing in the

25   street having a conversation with himself very loudly,

EXAMINATION BY MR. FLOYD

Page 31

1    walking in circles, is that correct so far?

2         **A.   Well, he wasn't initially naked.**

3         Q.   Yes.  He became naked.

4         **A.   And that's when I -- it kind of threw up a**

5    **red flag, because, you know, at that point I thought,**

6    **okay, you can't stand naked in the middle of the**

7    **street, you know, and this man needs help.**

8         Q.   And I heard that, and I want to move into

9    that topic a little bit.  I probably know the answer

10   to it, but I want to make sure.  Do you have any

11   training in crisis intervention or --

12        **A.   No --**

13        Q.   The answer is no, correct?

14        **A.   -- not at all.**

15        Q.   You expect that maybe the police

16   department, police officers do have some training in

17   crisis intervention?

18             MS. SHAFAIE:  Form and foundation.

19        Q.   (BY MR. FLOYD)  Is that what you would

20   expect?

21             MS. SHAFAIE:  Same objection.

22        **A.   I felt like they would be able to get him**

23   **that kind of help.**

24        Q.   (BY MR. FLOYD)  And that's the kind of

25   help, from what you saw, that you perceived that he

EXAMINATION BY MR. FLOYD

Page 32

1   needed, correct?

2      **A.   Yes.**

3      Q.   And while you're watching all of this

4   unfold, to see a man walk out in the middle of the

5   street, talking with no one else but sounds like he's

6   preaching, agitated, in circles, then he becomes

7   naked, during this time did you consider the

8   possibility -- I think I know your answer but I'm

9   going to ask anyway -- did you consider the

10  possibility that he may be experiencing a mental

11  health crisis?

12         MS. SHAFAIE:  Form and foundation.

13     **A.   I really didn't assume that.  Honestly.**

14  **What I assumed, because of the area that I live in, is**

15  **that he was probably experiencing some kind of**

16  **reaction to a drug of some sort.  I mean, this was out**

17  **of the ordinary behavior.  This was not -- I didn't**

18  **think mental health, you know, because that's not what**

19  **I experience in the neighborhood that I live in.  You**

20  **know.**

21     Q.   (BY MR. FLOYD)  And you called the police

22  because you thought that they would be the best source

23  to handle the situation?

24         MS. SHAFAIE:  Form.

25     Q.   (BY MR. FLOYD)  Is that correct?

EXAMINATION BY MR. DOWD

1    **A.    Um-hum.**

2         MR. DOWD:  You have to say yes or no for

3    the record.

4    **A.    Sorry.  Yes.**

5         MR. FLOYD:  I think those are all the

6    questions I have.  Thank you very much.

7         MR. DOWD:  I just have one question.

8                        EXAMINATION

9    BY MR. DOWD:

10        Q.   During the time you lived there, would you

11   agree that the traffic at 6:45 a.m. on a Saturday

12   morning is normally very light on Airport Road where

13   you live?

14        MS. SHAFAIE:  Form.

15   **A.    I would say it's lighter than during the**

16   **week at that same time because less people, I guess,**

17   **are on their way to work.**

18        Q.   (BY MR. DOWD)  Exhibit 2 shows that your

19   call to the 911 operator was at 6:45 a.m.  Are you

20   normally up on Saturday mornings at 6:45 a.m.?

21   **A.    Not normally up at any particular time.**

22   **But as I said earlier, I remember being -- waking up**

23   **to the sound of all of my pets and all the neighbors'**

24   **pets having a real problem with something going on in**

25   **the neighborhood.  And that woke me up immediately**

EXAMINATION BY MR. DOWD

Page 34

1    because if my pets are upset, there is something going

2    on.

3         Q.   You don't have any specific recollection of

4    cars and Mr. Moore, correct?

5         A.   Cars?

6         Q.   You know, cars interacting with Mr. Moore?

7         A.   No.  I remember hoping that he would not

8    walk out into Airport Road, because if there were cars

9    on Airport Road, they're usually travelling faster

10   than the speed limit, and my main concern really was

11   to keep this guy from walking into a car on Airport

12   Road.  You know, because I didn't know what he was

13   going to do next.

14        Q.   He might get hurt and needed help.

15        A.   Right.

16             MR. DOWD:  I don't have anything further.

17             MS. SHAFAIE:  Anybody else?

18             I don't have any other questions for you.

19   Mr. Schilling, you have the right, now that we've

20   concluded, to either review your testimony in

21   transcript form, or you can waive that right and just

22   accept whatever the court reporter has put down as

23   your testimony.  So we can't give you any advice what

24   option to choose.  And if you do choose the option to

25   actually go through and review the testimony line by

EXAMINATION BY MR. DOWD

1    line, you won't be able to make my changes unless

2    there is something material like you know you said yes

3    and the transcript says no.  That's an option if you

4    want to do that.  Otherwise you can do what's called

5    waive signature, which means that you will just accept

6    whatever the transcriber has put down as your

7    testimony today.

8              THE WITNESS:  If I -- if I say that I would

9    like to see it, I mean, is it just given to me in a --

10   like a printed document?

11             MS. SHAFAIE:  It will be a hard copy.

12             MR. DOWD:  They'll mail it to you.

13             THE WITNESS:  I would like to see it.

14             MS. SHAFAIE:  Okay.

15             MR. DOWD:  Then when you get it, you'll

16   need to sign it in front of a notary public and return

17   your signature.

18

19             (Whereupon the deposition concluded at

20        12:13 p.m.)

21             (The exhibits were retained by the

22        court reporter.)

23

24

25

1                    REPORTER CERTIFICATE

2

3          I, KATHY BAUERNFEIND, a Certified Shorthand

4     Reporter, do hereby certify that there came before me

5     at Pitzer Snodgrass, P.C., 100 South 4th Street, St.

6     Louis, Missouri,

7                    ALAN SCHILLING

8     who was by me first duly sworn; that the witness was

9     carefully examined, that said examination was reported

10    by myself, translated and proofread using

11    computer-aided transcription, and the above transcript

12    of proceedings is a true and accurate transcript of my

13    notes as taken at the time of the examination of this

14    witness.

15          I further certify that I am neither

16    attorney nor counsel for nor related nor employed by

17    any of the parties to the action in which this

18    examination is taken; further, that I am not a

19    relative or employee of any attorney or counsel

20    employed by the parties hereto or financially

21    interested in this action.

22          Dated this 18th day of January 2016

23

24    _____

25          Kathy Bauernfeind, CSR, CLR

1

2           COMES NOW THE WITNESS, ALAN SCHILLING, and

3  having read the foregoing transcript of the deposition

4  taken on the January 13, 2016, acknowledges by

5  signature hereto that it is a true and accurate

6  transcript of the testimony given on the date

7  hereinabove mentioned.

8

9           _____

10                   [ALAN SCHILLING]

11

12                   Subscribed to me before this

13  _____ day of _____, 2016

14

15           _____

16                   [Notary Public]

17

18  My commission expires: _____

19

20

21

22

23  TINA MOORE, et al. vs. CITY OF FERGUSON, et al.
    Reporter:  Kathy Bauernfeind, CCR, CSR
24  Date Taken:  January 13, 2016

25

**A**

ability 13:4
able 13:17 17:22
  31:22 35:1
accept 34:22
  35:5
account 28:15
accurate 17:12
  17:16 29:8
  36:12 37:5
accurately 23:9
acknowledges
  37:4
action 36:17,21
adamant 20:17
adamantly 30:21
address 8:1,5
advice 34:23
afford 22:20
agitated 10:2,14
  29:23,24 32:6
agree 33:11
agreed 5:1
agreement 5:7
  6:16
air 10:15
airport 9:17,19
  9:23,24 14:15
  15:13,24 16:4
  18:13,14 21:18
  21:20,22 27:11
  27:15 33:12
  34:8,9,11
al 1:5,8 3:3,6
  37:23,23
alan 1:11 3:9
  5:10 7:7 36:7
  37:2,10
alley 16:10
amazed 24:16
angry 30:7
animals 8:22 9:7
  9:8 10:25
  11:21
answer 6:10,12
  6:25 27:23
  31:9,13 32:8
anybody 23:16,20
  34:17
anyway 32:9
apparently 29:1
appear 30:3
appeared 10:13
appreciate 28:14
approximately
  8:24
area 24:3 32:14
armed 29:18
arms 10:15 12:9
aroused 10:25
arrive 14:12
arrived 20:22,23
asked 23:14

asks 6:9
associates 19:12
assume 7:1 32:13
assumed 12:13
  27:18 32:14
attempted 23:3
attorney 5:17
  18:24 19:9,10
  22:17 28:1
  36:16,19
attorneys 5:24
  6:5,9 19:21
audio 22:21
avenue 3:16 7:11
aware 5:25

**B**

back 7:18 8:9
  11:20,24 12:8
  12:16,21 13:13
  14:24 22:15
  24:10
backyard 14:14
  14:15
bad 6:20
badge 25:18
bark 10:10 11:21
barking 8:22 9:9
  10:6 11:18
  12:21
based 30:14
basically 12:23
  14:1
baty 3:15
bauernfeind 1:15
  3:11 5:4 36:3
  36:25 37:23
behalf 1:13 3:9
behavior 13:1
  30:15 32:17
believe 11:10
  13:5 18:3
  23:21 27:13
belonged 12:13
benefit 22:5
best 32:22
better 6:22
beyond 13:4
  26:23
birth 7:8
bit 8:14 31:9
black 21:7
body 21:10
bottom 17:2,8
break 22:20 23:5
broadway 3:22
brought 5:18
brown 21:6
build 21:8
buretta 19:12
busy 15:14,25
  16:2,3

**C**

call 2:10 13:2
  14:5 22:5,21
  23:4,10 24:8
  24:10,11,13
  25:1 33:19
called 13:4
  14:18 15:18,20
  27:23 29:5,17
  32:21 35:4
calling 12:2
cant 24:23 31:6
  34:23
car 14:14,16
  15:17 34:11
carefully 36:9
carry 20:13
carrying 23:23
  29:11,15
cars 14:11 15:11
  15:13 18:12,15
  34:4,5,6,8
case 18:25 25:18
  26:11
caused 11:17
ccr 1:15 37:23
cell 10:9
certain 26:11
certificate 36:1
certified 3:11
  5:4 36:3
certify 36:4,15
chance 23:13
changes 35:1
checked 14:25
chest 30:8
choose 34:24,24
chuckle 24:12,16
  25:2
circle 10:16
circles 12:10
  30:1 31:1 32:6
circumstances
  26:21 27:5
city 1:8 3:6,17
  5:17,19 37:23
clayton 3:20
clock 29:2
close 16:10
clothed 11:11
clothes 13:10
  14:21 20:14,15
  20:18,21 21:3
  23:24 24:1,18
  24:21 27:12
clothing 21:1,3
clr 36:25
collectively
  14:20
come 15:1 21:16
comes 12:1 37:2
coming 12:17
  14:10,11 28:6

28:14
commencing 3:10
commission 37:18
communications
  24:25
complete 26:19
completely 6:4
completing 26:17
computeraided
  36:11
concern 34:10
concerned 14:23
  15:18,19,22
concluded 34:20
  35:19
concluding 3:10
condition 5:22
  21:9
confusing 6:20
  6:22
connected 13:5
connection 13:25
consider 32:7,9
considered 24:12
  25:1
consolidated 1:8
  3:6
constantly 10:17
  16:4
contacted 18:24
contained 18:10
contents 17:5
continually
  11:22
continue 11:14
continued 11:21
conversation
  30:17,19,20,25
convey 26:20
copies 19:22
copy 19:23,24,25
  20:1 35:11
corral 12:6
correct 7:22,23
  15:8,25 17:9
  18:5 20:11
  28:20 30:15
  31:1,13 32:1
  32:25 34:4
couldnt 9:14
  10:3 21:11
  26:7 27:17
counsel 5:2,2,7
  36:16,19
couple 13:16
  22:7
court 1:1,25
  2:12 3:1 6:13
  34:22 35:22
crazy 8:20
crisis 31:11,17
  32:11
csr 36:25 37:23

curious 16:12
current 7:15
currently 7:10

**D**

dade 18:13
dance 7:16 28:19
dark 9:4 21:6,7
  21:7
darkskinned 9:16
date 7:8 17:11
  37:6,24
dated 36:22
day 25:6 26:22
  27:7 28:23
  36:22 37:13
defendant 1:13
  3:9
defendants 1:9
  3:7 4:3 5:3
definitely 11:8
  12:1 16:4 26:4
delores 3:14
  28:3,3
department 7:16
  8:9 14:6 22:23
  31:16
departments 27:6
deposition 1:11
  3:9 5:3 23:7
  35:19 37:3
describe 21:5
  25:14
described 11:10
description 2:8
details 27:5
determined 11:16
didnt 10:6,11
  12:14,18,19
  14:9,22 15:3
  15:19 20:4,23
  24:5 26:3,9
  29:5,20 30:3
  30:17 32:13,17
  34:12
different 11:3
directional
  16:15
directions 10:18
director 7:16
  28:18
disbelief 24:19
discarding 23:25
discussion 22:13
disk 23:1
dispatcher 13:8
  13:13 24:25
disrobe 20:11
distance 21:13
  21:15,20
district 1:1,2
  3:1,1
division 1:3 3:2

**document** 23:5
25:7 35:10
**documents** 25:17
25:22 26:11
**dogs** 8:20 10:6
10:10 11:17
12:20
**doing** 12:24,25
28:21
**dont** 8:5 9:1,3
12:3 13:14
15:2,13 16:17
16:22 19:6,19
19:22 21:2,11
21:23 22:11
25:15,15 26:1
26:3,8,14,18
26:18 27:8,16
27:16,21 28:4
29:13,21 34:3
34:16,18
**door** 9:14,18
**dowd** 2:5 3:21,21
3:22 19:25
33:2,7,9,18
34:16 35:12,15
**downstairs** 9:12
**dropping** 20:16
**drug** 6:3 32:16
**duly** 5:11 36:8

**E**

**earlier** 15:7
33:22
**early** 9:3 28:24
**easily** 15:15
**eastern** 1:2,3
3:1,2
**either** 6:10 18:9
34:20
**employed** 36:16
36:20
**employee** 36:19
**ended** 20:15
**entire** 17:23
21:10
**equates** 25:23
**esq** 3:16,19,22
4:4
**estate** 3:18
**estimate** 28:25
29:7
**estimating** 29:3
**et** 1:5,8 3:3,6
37:23,23
**evade** 30:4
**event** 26:5
**everybodys** 11:19
**exactly** 6:14,15
**examination** 2:1
5:14 22:1 28:8
33:8 36:9,13
36:18

**examined** 3:9
5:12 36:9
**exhibit** 5:8
16:24 17:6
22:14 23:4,7,9
23:13 25:6,6,8
25:19 26:17
27:3 33:18
**exhibits** 2:7,12
35:21
**expect** 31:15,20
**experience** 32:19
**experiencing**
32:10,15
**expires** 37:18
**eye** 12:7
**eyes** 21:7

**F**

**face** 21:12
**fact** 8:20 14:10
21:8 27:16
**facts** 25:3 26:21
27:5
**fair** 11:7
**fairly** 23:9
**family** 5:18 22:4
22:17 24:6
**far** 8:3 18:14
29:11 31:1
**faster** 34:9
**fat** 21:8
**feeling** 24:22
**feet** 9:17 21:19
**felt** 12:25 13:1
13:11 14:2
31:22
**ferguson** 1:8 3:6
5:17,19 7:11
7:22,24 8:9
13:5 22:22
27:6 28:2
37:23
**figured** 14:10
**filling** 27:3
**financially**
36:20
**find** 14:20 26:7
27:18
**firm** 3:19
**first** 5:11,21
8:15,16,19
11:9,12 28:18
36:8
**flag** 31:5
**floor** 9:12
**floyd** 2:3 3:19
3:19 28:9,10
30:10 31:19,24
32:21,25 33:5
**follows** 5:12
**foregoing** 37:3
**form** 13:19 30:6

31:18 32:12,24
33:14 34:21
**found** 15:4
**foundation** 30:6
31:18 32:12
**fourth** 4:5
**friend** 3:14
**friends** 12:5
24:6
**front** 9:14,18
24:3 35:16
**full** 7:5
**further** 21:23
28:5 34:16
36:15,18

**G**

**garage** 14:25
15:1
**gene** 7:7
**gentlemans** 19:13
**gentlemen** 19:4
21:24
**give** 6:22 20:8
27:4 34:23
**given** 35:9 37:6
**giving** 6:11 8:10
8:17
**go** 5:20 14:6,9
15:16 22:11
24:10 34:25
**goes** 16:10
**going** 5:20 6:8
6:19,25 8:14
8:20 9:15
11:18,25 13:3
16:23 24:21
32:9 33:24
34:1,13
**good** 21:9 28:15
**ground** 9:12
20:17,19
**guess** 28:22
33:16
**guessing** 21:18
**guy** 16:13 29:18
34:11
**guys** 15:18

**H**

**hadnt** 12:14
14:25 15:1
**hair** 21:7
**hand** 16:23
**handle** 13:3
32:23
**handwritten** 25:8
**happened** 15:3
16:12 18:5,16
18:22 26:9
**happening** 12:7
13:6 24:23
29:2

**hard** 35:11
**havent** 17:25
18:9
**health** 32:11,18
**healthy** 21:11
**hear** 10:8,11
24:12,24
**heard** 8:16,19
9:7,10,20
14:11 24:15,18
24:21 31:8
**hearing** 13:21,24
**help** 12:6 13:11
15:15 22:6
31:7,23,25
34:14
**helped** 22:9
**helpful** 28:16
**hereinabove** 37:7
**hereto** 36:20
37:5
**hes** 12:17 24:21
32:5
**hi** 28:10
**hiding** 14:24
**holm** 3:15
**home** 9:12 21:16
**honestly** 32:13
**hopefully** 12:12
24:6
**hoping** 34:7
**house** 9:18 11:21
12:1,5,13,16
14:6 18:14
21:17,17
**household** 23:17
23:20
**humum** 6:11
**hurt** 34:14

**I**

**id** 6:23
**ida** 4:4 5:16
**idea** 19:7 20:4
**identified** 8:8
**im** 5:16,20,25
6:25 8:14
11:18 12:1
13:9 14:18
16:23 17:3
22:16 28:11
32:8
**immediately** 10:3
29:17 33:25
**incident** 8:11
18:9 23:18
24:14 25:25
26:13 28:1
**incorporated**
19:12
**incorrect** 18:3
**index** 2:1,7
**individual** 27:9

27:10,19
**information**
16:15 19:16
20:2 26:20
**initially** 11:15
31:2
**intentions** 15:20
**interact** 18:18
**interacting** 34:6
**interaction**
26:22 27:6
**interested** 36:21
**intersection**
16:19 18:12,13
27:15
**intervention**
31:11,17
**involved** 12:19
**isnt** 18:10
**items** 21:1

**J**

**january** 1:14 3:9
36:22 37:4,24
**jason** 3:18 5:18
19:14 27:22
**jesus** 13:21 14:1
**johnson** 2:4 3:16
13:19 22:2,3
22:11,15,16
28:5

**K**

**kansas** 3:17
**kathy** 1:15 3:11
5:4 36:3,25
37:23
**keep** 12:7 19:25
34:11
**kind** 10:16 12:7
12:10 14:2
24:19 31:4,23
31:24 32:15
**knew** 17:19,19
**know** 6:14,21 8:3
8:5 9:1,21
10:5,6,7,8
11:22 12:3,12
12:14,14,18,19
13:3 14:22
15:3,19 16:12
16:12 18:15,25
19:4,6 21:11
21:13 24:19,21
26:2,9 27:10
27:19 28:3
29:5,6,18 30:9
30:9 31:5,7,9
32:8,18,20
34:6,12,12
35:2
**knows** 12:12

**L**

**laugh** 24:12,16
  25:2
**law** 3:19
**learn** 18:21
**learned** 19:13
  20:3
**left** 25:20
**letter** 19:9,18
  27:25
**level** 9:12
**light** 9:4,6
  33:12
**lighter** 33:15
**limit** 34:10
**line** 34:25  35:1
**listen** 22:7,21
**listening** 24:11
**little** 8:14
  12:11 31:9
**live** 7:18  8:2
  32:14,19  33:13
**lived** 33:10
**living** 7:24
**long** 7:21,24
  17:20 28:17,21
**look** 6:15  16:24
**looked** 9:13
  14:13 19:7
  21:5,8,10,12
  25:16 29:4,18
**looking** 10:17
  15:5 17:3 24:5
  27:1
**looks** 17:11 29:7
**lot** 21:20
**loud** 11:3,4,6
  13:17 30:20
**loudly** 10:9
  30:25
**louis** 3:11,20,23
  4:5 36:6
**lower** 25:20

**M**

**madison** 3:16
**mail** 35:12
**main** 34:10
**making** 30:4
**man** 5:18  9:16,20
  10:13 11:9,14
  12:2,3,23 13:9
  13:16,24 14:7
  14:20 15:4,8
  15:10,15 16:16
  16:18,21 18:18
  18:22 20:11,13
  21:5,11,16
  24:20 26:8
  30:7,24 31:7
  32:4
**manner** 13:17
**marguerite** 7:11

7:20  8:3,4
  9:19,23,25
  11:10 15:8
  27:15
**mark** 3:19 28:10
**marked** 5:8  16:23
  22:14 23:4
**material** 35:2
**matters** 5:21
**mean** 10:14 15:18
  17:19 21:18,19
  26:18 29:4
  32:16 35:9
**means** 35:5
**medication** 6:2
**medium** 21:8
**meet** 25:12
**meeting** 26:12,15
**members** 22:4,18
  24:6
**memory** 22:6
  28:15
**mental** 32:10,18
**mentioned** 20:10
  37:7
**mentioning** 26:7
**met** 25:5
**middle** 9:23,25
  11:10 14:21
  15:8,16 16:18
  27:14 29:25
  30:5,12 31:6
  32:4
**mind** 19:18,19,20
  19:22
**minor** 3:14
**minutes** 12:8,20
  14:13
**missing** 20:21
  21:4
**missouri** 1:2  3:1
  3:11,12,17,20
  3:23  4:5  7:12
  7:22,25 36:6
**misstates** 13:19
**moment** 10:12
  18:4
**months** 18:23
**moore** 1:5  3:3,14
  3:18,18 5:19
  19:14 22:4
  23:21,23 24:4
  26:22 27:7,10
  27:19,22 28:3
  28:12 29:9,23
  34:4,6 37:23
**moores** 22:17
  28:2,11
**morning** 16:2
  17:20 18:11
  20:22 23:21
  28:25 33:12
**mornings** 33:20

**mother** 28:2
**move** 31:8
**moving** 10:17
  12:9
**music** 7:16 28:18

**N**

**naked** 12:24
  13:11 24:21
  29:19 30:24
  31:2,3,6 32:7
**name** 5:16  7:5
  19:8,13 20:3,5
  22:3,16 25:23
  27:22 28:3,10
**named** 5:18 26:11
  27:19
**nature** 14:2
**need** 35:16
**needed** 13:11
  32:1 34:14
**needs** 15:15 31:7
**neighborhood**
  8:20  9:9 10:8
  11:1 24:17,23
  27:20 32:19
  33:25
**neighbors** 8:22
  24:2 33:23
**neither** 36:15
**nodding** 6:11
**noon** 9:1
**norm** 13:1
**normally** 33:12
  33:20,21
**north** 3:22  7:11
  7:20  8:2,4
  9:18
**notary** 35:16
  37:16
**notes** 36:13
**number** 2:8  7:13
  25:19,19,22
**numrich** 3:15

**O**

**object** 13:19
**objection** 31:21
**observe** 11:14
**observed** 15:12
  23:24 24:3
**obviously** 10:18
  12:2
**occasionally**
  10:8
**occupation** 7:15
**oconnor** 26:12,13
**odd** 12:11 30:14
  30:16,22
**office** 23:3
**officer** 14:17,19
  15:3 16:5,6,8
  16:9,14 24:20

25:13,14,23,24
  26:6,7,10,12
  26:13,16,16,19
  26:20,23 27:4
  27:17
**officers** 18:17
  25:5,12 31:16
**oh** 11:8
**okay** 6:1,7,18,24
  7:4  8:6,6,13
  9:2 10:1,4,19
  10:24 11:5,13
  12:17 13:7,15
  13:23 14:4
  15:6,21 17:18
  17:21 18:2,7
  18:20 19:3,11
  19:15 20:6
  31:6 35:14
**once** 9:10
**onepage** 23:5
**ooo** 5:9
**operator** 13:8,13
  33:19
**opportunity**
  22:21 23:6
**option** 34:24,24
  35:3
**ordinary** 32:17
**originally** 18:23
**otto** 3:15
**outside** 9:5,13
  11:24 14:6,13
  21:16

**P**

**page** 2:8
**parked** 16:9
**part** 15:17
**particular** 28:23
  33:21
**parties** 36:17,20
**patrol** 14:11,14
  14:16
**people** 10:7,9
  24:6 30:17
  33:16
**perceived** 31:25
**perception** 30:14
**person** 12:15
  19:7 20:4,7
**personally** 13:3
**persons** 20:3
**pets** 33:23,24
  34:1
**phone** 10:9 19:7
  23:4,10 24:8
  24:10,11,13
  25:1
**physical** 21:9
**pitzer** 3:10  4:4
  36:5
**placed** 14:5

**plaintiff** 5:2
**plaintiffs** 1:6
  3:4,14,18
**play** 22:6
**please** 7:5
**plus** 15:19 21:20
**pohlmanusa** 1:25
**point** 9:16 12:1
  12:25 15:10
  16:20 20:11,21
  23:21,24 24:11
  31:5
**points** 13:16
**police** 8:9,10,18
  12:2 13:5 14:6
  14:10 18:12,15
  18:17 20:22
  22:22 23:17
  27:6 28:24
  29:16 31:15,16
  32:21
**porches** 24:3
**portion** 25:7,20
**portions** 25:17
**possibility** 32:8
  32:10
**preaching** 14:3
  30:11 32:6
**preliminary** 5:21
**prescription** 6:3
**presence** 26:17
**presumed** 9:8
**pretty** 9:21 21:9
  28:15 29:7
**prevent** 5:23  6:3
**printed** 35:10
**prior** 13:20
**probably** 11:17
  29:4 31:9
  32:15
**problem** 33:24
**proceed** 27:11
**proceedings**
  36:12
**process** 12:22
**produced** 3:9
**proofread** 36:10
**property** 12:18
  16:10
**provide** 16:14
**public** 13:1
  35:16 37:16
**put** 34:22 35:6

**Q**

**question** 6:10,20
  6:21,22,25
  23:14 33:7
**questions** 2:2,3
  2:4,5 5:24 6:4
  6:5 19:2 20:9
  21:24,24 22:7
  27:24 28:5,17

33:6 34:18
**quite** 13:22

**R**

**reaction** 32:16
**read** 17:22 20:23
  22:9 37:3
**reading** 20:20
**real** 33:24
**really** 10:3
  12:12,14 13:14
  14:23 15:3
  21:12 25:15
  26:8,9,18
  32:13 34:10
**reason** 15:17
**reasons** 15:20
**recall** 8:10,24
  9:3 13:12,14
  13:24 15:2,13
  16:17,22 20:20
  21:2,12 25:13
  25:23 26:1,8
  26:15 27:8
  29:5,21,22
**received** 25:18
  26:11 27:25
**recognize** 20:5
  21:14 22:25
  26:4
**recollection**
  34:3
**record** 7:6 22:12
  22:13,16 33:3
**recording** 23:1
**red** 31:5
**referenced** 26:10
**refresh** 22:5
**regarding** 8:11
**related** 36:16
**relative** 36:19
**relatives** 12:4
**religious** 14:1
**remember** 9:4
  13:21 14:16
  15:14 16:9
  17:3,4 18:8
  19:8 20:19,23
  24:1,22 25:15
  26:2,3,3,5,12
  26:18 27:14,16
  29:13 33:22
  34:7
**remembered** 29:14
**removed** 12:9,22
  13:10
**removing** 12:22
**renee** 3:14
**report** 28:24
  29:6
**reported** 25:2
  36:9
**reporter** 2:12

3:11 5:5 6:13
  34:22 35:22
  36:1,4 37:23
**reporting** 1:25
  24:13
**represent** 22:4
**representing**
  28:11
**represents** 5:17
  22:17
**reside** 7:10
**residence** 25:24
**resides** 28:2
**resonate** 27:22
**retained** 2:12
  35:21
**retrieve** 20:25
  24:7
**return** 24:24
  35:16
**review** 23:6,13
  34:20,25
**right** 9:19,24
  11:19 12:5,13
  15:16 16:11
  18:5 21:21
  23:14 27:25
  34:15,19,21
**rise** 8:17
**road** 3:20 9:17
  9:19,24,24
  14:15 15:8,11
  15:14,24,25
  16:4 18:13,14
  21:18,21,22
  27:11,15 33:12
  34:8,9,12
**roadway** 15:11
**rodgers** 3:14
**ron** 19:12
**room** 19:5
**run** 30:3

**S**

**safety** 15:19,22
**saturday** 33:11
  33:20
**saw** 8:16 9:16,20
  11:9,12,16
  14:12 15:10
  16:18 18:11,15
  20:10,16 21:14
  23:21 26:4
  27:11 29:6,10
  29:19 31:25
**saying** 6:16
  10:21 16:17
  24:19
**says** 17:15,23
  35:3
**schilling** 1:11
  3:9 5:10,16
  7:7 22:3,15

28:10 34:19
  36:7 37:2,10
**screaming** 10:10
  13:10
**second** 9:18 20:8
  21:17
**section** 17:23
**see** 9:13,13,14
  9:15 11:24
  12:6 14:7 17:1
  18:14,17 19:18
  20:13,14,25
  21:10 24:2
  25:6,7,18,19
  27:9,10 28:13
  29:9,11,20
  30:17 32:4
  35:9,13
**seeing** 11:15
  15:13 16:22
  21:2 27:14,16
**seen** 12:14 15:7
  16:20 18:18,25
  29:15
**sense** 7:2
**sent** 19:17
**september** 7:18
  8:9 17:12
  22:22 23:10,16
**shafaie** 2:2 4:4
  5:15,16 13:23
  19:24 20:6
  21:23 30:6
  31:18,21 32:12
  32:24 33:14
  34:17 35:11,14
**shirt** 12:9
**shorthand** 3:11
  5:4,4 36:3
**shortly** 28:1
**show** 19:20
**showed** 23:1
**shows** 28:24
  33:18
**side** 21:21
**sign** 35:16
**signature** 5:6
  17:1,8 35:5,17
  37:5
**sir** 23:7 28:6
**siren** 14:11
**situation** 12:19
  13:3 32:23
**skin** 21:6
**sleep** 9:11
**smack** 27:14
**snlj** 1:7,7 3:5,6
**snodgrass** 3:10
  4:4 36:5
**soft** 11:3
**sorry** 33:4
**sort** 32:16
**sound** 33:23

**sounded** 30:11
**sounds** 32:5
**source** 32:22
**south** 3:10 4:5
  36:5
**speaking** 10:9
  25:1,24 26:1
**specific** 34:3
**speed** 34:10
**spoke** 13:8 16:6
  16:8,11 19:6
  26:23
**spot** 10:16
**st** 3:11,20,23
  4:5 36:5
**stand** 11:20 31:6
**standing** 9:16,20
  9:22 29:25
  30:24
**started** 5:20
**starting** 29:9
**state** 3:11 7:5
**stated** 8:2 10:13
  13:16 15:7,24
  16:5 27:1
**statement** 2:9
  8:8,10,15,17
  17:23 18:10
  20:20,24 22:9
  25:8
**states** 1:1 3:1
**stayed** 27:18
**staying** 10:16
**steps** 24:3
**stipulated** 5:1
**strange** 26:5
**street** 3:11 4:5
  9:15,23 11:20
  13:10 14:22
  15:14,16 16:21
  26:6,24 29:10
  29:19 30:1,5
  30:12,25 31:7
  32:5 36:5
**strike** 24:8
**struck** 15:17
**subscribed** 37:12
**suit** 5:18
**suite** 3:16,20,22
  4:5
**sure** 6:8,12 9:21
  13:9 14:18,25
  22:9 31:10
**surprised** 21:3
  27:17
**sworn** 3:9 5:11
  36:8

**T**

**take** 6:13 16:24
  20:18 21:2
  27:11
**taken** 1:13 5:3

36:13,18 37:4
  37:24
**talk** 8:14
**talked** 23:17
**talking** 9:22
  10:21 15:2
  25:13 26:6
  32:5
**telephone** 7:13
**tell** 13:7 19:10
**testified** 5:12
**testimony** 6:15
  13:20 29:11,22
  34:20,23,25
  35:7 37:6
**thank** 28:6 33:6
**thats** 6:12,20
  7:21,23 8:21
  10:23 11:17
  12:11 13:4
  16:11 17:8,20
  19:13 20:19,19
  28:20 30:22
  31:4,24 32:18
  35:3
**theyll** 35:12
**theyre** 34:9
**thing** 8:16,19
  13:2 18:11
  24:1 27:13
**think** 10:6,11,20
  10:22 13:25
  14:11,16,19
  17:15 20:10
  28:23,25 29:13
  32:8,18 33:5
**thinking** 15:14
**thought** 10:5
  11:18,25 12:4
  12:11,17 14:2
  14:23 16:16
  30:10 31:5
  32:22
**threw** 20:18 31:4
**throwing** 10:15
**time** 8:24 10:21
  12:4,21 16:18
  17:15,20 18:16
  20:18 26:2
  29:5 32:7
  33:10,16,21
  36:13
**times** 13:22
**tina** 1:5 3:3,18
  27:19,20 28:11
  37:23
**today** 5:24 6:5
  8:7 18:10
  27:24 35:7
**todd** 3:16 22:3
  22:16
**told** 13:6,9 18:9
  27:17 29:16

top 17:11
topic 31:9
traffic 16:4
  33:11
training 31:11
  31:16
transcribe 23:3
  23:10
transcribed 5:5
transcriber 35:6
transcript 34:21
  35:3 36:11,12
  37:3,6
transcription
  2:10 36:11
translated 36:10
travelling 34:9
true 25:22 36:12
  37:5
trying 30:3
two 15:20 19:22
type 29:12,20
typewriting 5:5
typically 10:9

**U**

umhum 6:11 15:9
  16:1 17:10
  33:1
understand 10:3
  29:10
understanding
  5:23 6:4
understood 7:1
unfold 32:4
united 1:1 3:1
university 7:17
  28:19
upper 25:7
upset 10:18 12:3
  34:1
upstairs 9:11
use 13:21
usually 34:9

**V**

vague 6:21,21
visible 30:5
vocal 10:22 11:2
  11:23 12:11
  13:17
vocalizing 9:21
  10:2
voice 11:3 22:25
  23:1 24:18,22
vs 1:7 3:5 37:23

**W**

waive 34:21 35:5
waived 5:6
waking 33:22
walk 32:4 34:8
walked 14:15

walking 10:16
  12:10 30:1
  31:1 34:11
want 8:15 12:18
  16:24 31:8,10
  35:4
wanted 12:6
  18:25 19:2
  28:16 30:7,8
wasnt 9:21,24
  13:2 31:2
watch 14:9
watching 29:2
  32:3
way 18:25 33:17
weapon 29:12,15
  29:20
webster 7:17
  28:19
week 16:3 33:16
weekends 16:2
weeks 6:14
welcome 28:7
went 9:11,14
  11:20,24 12:8
  12:16,21 14:14
  14:24
weve 23:4 25:17
  34:19
whats 17:5 35:4
whitby 27:20
white 25:23,24
widow 28:11
william 3:22
witness 2:9 5:6
  5:7 28:7 35:8
  35:13 36:8,14
  37:2
witnessed 8:11
witnesses 19:1
woke 8:21,21,23
  33:25
wont 28:17 35:1
word 13:21 14:1
work 33:17
worker 24:25
working 18:24
wouldnt 21:13
  24:15
writing 17:4
  18:4 26:2,3,5
written 8:10
  29:6
wrote 17:5

**X**

**Y**

yard 14:24
yeah 29:4
year 28:22
years 8:1
yell 11:20

yelled 13:18
yelling 11:7,22
  12:24 13:17
youll 6:8,10,21
  35:15
youre 8:7 27:3
  28:7 32:3
youve 23:13
  28:15

**Z**

**0**

00 28:25 29:1

**1**

1 2:9 5:8 16:24
  17:6 25:6,6,8
  25:19 26:17
  27:4
100 3:10 4:5
  21:19 36:5
102 8:4
11 3:10
11th 28:22
12 3:10 35:20
131 1:14 3:10,10
  35:20 37:4,24
1361 1:15
14cv1443 1:7 3:5
14cv1447 1:7 3:6
150 9:17 21:19
17 22:22 23:11
  23:16
17th 17:12
18th 36:22
1955 7:9

**2**

2 2:10 22:14
  23:4,7,9,14
  33:18
2011 7:19 8:9
  17:12 22:22
  23:11,16
2016 1:14 3:10
  36:22 37:4,13
  37:24
202 3:20
210 3:16
211 3:22
22 2:3,10
25 17:15 25:6,10
  27:4
27 3:10
28 2:4 8:1

**3**

31 7:9
314 7:14
33 2:5

**4**

4 1:7,7 3:5,6
400 4:5
4050 3:22
4210099 1:25
45 33:11,19,20
4600 3:16
4th 3:10 36:5

**5**

5 2:2,9 7:9
56 7:11,20 8:2
560 25:19,19

**6**

6 33:11,19,20
6051471 7:14
63102 3:23 4:5
63117 3:20
63135 7:12
64112 3:17

**7**

7 17:15 25:6,10
  27:4 28:25
  29:1

**8**

8151 3:20
877 1:25

**9**

911 2:10 13:2,4
  13:7 14:5,18
  15:18 22:5
  23:1 29:5,17
  33:19