UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MISSOURI

EASTERN DIVISION

EXHIBIT
E

TINA MOORE, et al.,                )
                                   )
              Plaintiffs,   )
                                   )
     vs.                    ) No. 4:14-CV-1443 SNLJ
                                   )     4:14-CV-1447 SNLJ
CITY OF FERGUSON, et al.,   )     (Consolidated)
                                   )
              Defendants.   )


DEPOSITION OF CLAUDETTE BOYCE-RHONE


Taken on behalf of Defendant

January 13, 2016


Kathy Bauernfeind, CCR #1361


PohlmanUSA Court Reporting (877) 421-0099

1              INDEX OF EXAMINATION

2    QUESTIONS BY MS. SHAFAIE. . . . . . . . . . .   5

3    QUESTIONS BY MR. FLOYD. . . . . . . . . . .  16

4    QUESTIONS BY MR. JOHNSON. . . . . . . . . .  19

5    QUESTIONS BY MR. DOWD.. . . . . . . . . . .  20

6

7                  INDEX OF EXHIBITS
8
    NUMBER           DESCRIPTION                  PAGE
9

10
            (NO EXHIBITS MARKED.)
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF MISSOURI
2                          EASTERN DIVISION

3
       TINA MOORE, et al.,           )
4                                    )
                        Plaintiffs,  )
5                                    )
             vs.                     ) No. 4:14-CV-1443 SNLJ
6                                    )    4:14-CV-1447 SNLJ
       CITY OF FERGUSON, et al.,     )    (Consolidated)
7                                    )
                        Defendants.  )
8

9              DEPOSITION OF CLAUDETTE BOYCE-RHONE,
       produced, sworn, and examined on behalf of Defendant,
10     January 13, 2016, commencing at 9:35 a.m. and
       concluding at 9:52 a.m., at Pitzer Snodgrass, P.C.,
11     100 South 4th Street, St. Louis, Missouri, before
       Kathy Bauernfeind, a Certified Shorthand Reporter for
12     the State of Missouri.

13                    A P P E A R A N C E S

14     FOR PLAINTIFFS DELORES MOORE AND RENEE RODGERS, AS
       NEXT FRIEND FOR A.D.R., A MINOR:
15
                 BATY, HOLM, NUMRICH & OTTO, P.C.
16               BY:  TODD M. JOHNSON, ESQ.
                 4600 Madison Avenue, Suite 210
17               Kansas City, Missouri 64112

18     FOR PLAINTIFFS TINA MOORE AND ESTATE OF JASON MOORE:

19               THE FLOYD LAW FIRM
                 BY:  MARK FLOYD, ESQ.
20               8151 Clayton Road, Suite 202
                 St. Louis, Missouri 63117
21
                 DOWD & DOWD, P.C.
22               BY:  WILLIAM T. DOWD, ESQ.
                 211 North Broadway, Suite 4050
23               St. Louis, Missouri 63102

24

25

1                    A P P E A R A N C E S

2     FOR DEFENDANTS:

3              PITZER SNODGRASS, P.C.
               BY:  IDA S. SHAFAIE, ESQ.
4              100 South Fourth Street, Suite 400
               St. Louis, Missouri 63102
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EXAMINATION BY MS. SHAFAIE

1          IT IS HEREBY STIPULATED AND AGREED by and

2     between Counsel for the Plaintiff and Counsel for the

3     Defendants, that this deposition may be taken in

4     shorthand by Kathy Bauernfeind, a Certified Shorthand

5     Reporter, and afterwards transcribed into typewriting,

6     and the signature of the witness is waived by

7     agreement of counsel and the witness.

8                         O-O-O

9               CLAUDETTE BOYCE-RHONE,

10          having been first duly sworn, was

11          examined and testified as follows:

12               * * * * * * * * * * *

13                    EXAMINATION

14     BY MS. SHAFAIE:

15          Q.   Can you state your name for the record,

16     please.

17          **A.   Claudette Boyce-Rhone.**

18          Q.   Claudette, my name is Ida Shafaie.  I'm an

19     attorney that represents the City of Ferguson in the

20     case of Jason Moore, et al. versus the City of

21     Ferguson.  You and I spoke on the phone a couple times

22     about arranging to get you here.  Is that correct?

23          **A.   Yes.**

24          Q.   As we're going through today, I'm going to

25     be asking you some questions, and then the attorneys

EXAMINATION BY MS. SHAFAIE

1   who represent Mr. Moore and his family may take the

2   time to ask you some questions as well.  Okay?

3       **A.   Okay.**

4       Q.   As we're going through, if you'll make sure

5   that you answer with either a yes or no, rather than

6   nodding your head or saying um-hum or hum-um.  And the

7   reason for that is because this lady right here is

8   taking down everything that you're saying, and we want

9   to make sure that we know exactly what you meant, so

10  that if you nod, she won't know what to put down, or

11  if you say um-hum or hum-um, I want to make sure we

12  know it was a yes or no.  Does that make sense?

13      **A.   Yes.**

14      Q.   Also as we're going through, if I ask you a

15  question that doesn't make a whole lot of sense or you

16  just need a little bit more clarification on that, if

17  you'll let me know, what I'll do is try to make that

18  question clearer for you so that you understand it.

19  Can we have that agreement?

20      **A.   Yes.**

21      Q.   Okay.

22          Before we get into the questioning, is

23  there anything that would affect your ability to

24  understand my questions today?

25      **A.   No.**

EXAMINATION BY MS. SHAFAIE

1      Q.    Are you taking any medication or under any

2  drugs that could affect your ability to understand my

3  questions today?

4      **A.    No.**

5      Q.    Okay.

6            Can you please state your date of birth?

7      **A.    4/14/68.**

8      Q.    And what is your current address?

9      **A.    319 Emmet Avenue, Ferguson, Missouri 63135.**

10     Q.    Have you ever given your testimony before?

11     **A.    No.**

12     Q.    And when I say testimony, I mean either in

13 a deposition setting or in a court setting.

14     **A.    No.**

15     Q.    Okay.

16            How long have you lived in Ferguson?

17     **A.    Maybe for about 13, 14 years, something**

18 **like that.  Quite a lot.**

19     Q.    And what was your address back in September

20 of 2011?

21     **A.    On Emmet, 319.**

22     Q.    Okay.

23            How far away is that from North Marguerite,

24 if you know?

25     **A.    I mean, it's not that far as far as the**

EXAMINATION BY MS. SHAFAIE

Page 8

 1    distance, maybe a half a mile maybe.

 2         Q.   Okay.

 3              And how far is that from Airport Road?

 4         A.   Maybe -- I'm going to say about five

 5    minutes or so.

 6         Q.   Okay.

 7         A.   Depending how fast you walking.

 8         Q.   Sure.   Sure.

 9              You understand that you're here because you

10    were identified as someone who gave a statement to the

11    police regarding an incident that you saw back in

12    September 17th of 2011, do you understand that?

13         A.   Yes.

14         Q.   Okay.

15              And do you remember giving a statement to

16    the police on that day?

17         A.   No.

18         Q.   Do you remember talking with any police

19    officer on that day?

20         A.   I remember calling 911.

21         Q.   Okay.

22         A.   And stating what I saw.

23         Q.   Okay.

24              What was it that you saw on that day?

25         A.   A young man -- well, I couldn't tell the

EXAMINATION BY MS. SHAFAIE

Page 9

1    age or anything because it was dark, and he was just

2    outside, naked, and I was concerned, that's why I

3    called.

4          Q.   Okay.

5               So you stated that you saw someone that you

6    believed to be a man, is that correct?

7          A.   Yes.

8          Q.   And where were you when you saw this man?

9          A.   I was on Airport Road.  I can't remember

10   the cross street.

11         Q.   Okay.

12         A.   It might have been Dade maybe.  I can't

13   remember.  Or Marg -- I don't know.  But it was on

14   Airport Road.

15         Q.   And when you say that you were on Airport

16   Road, were you on foot or in a vehicle?

17         A.   Car.

18         Q.   Okay.  Were you in the vehicle by yourself

19   or with anyone else?

20         A.   By myself.

21         Q.   Do you remember approximately what time of

22   day this was that you saw this man?

23         A.   Maybe around 5:35.  Between 5:35 and 5:45

24   because I was on my way to work.

25         Q.   And is that a.m. or p.m.?

EXAMINATION BY MS. SHAFAIE

1      **A.    A.m.**

2          Q.    And I think you stated that it was still

3      dark at that time?

4      **A.    Yeah.**

5          Q.    Do you recall if there were any

6      streetlights, or any other artificial lights would

7      have lit up the road in any way?

8      **A.    The streetlights.**

9          Q.    And you stated that you saw this man --

10     where was this man when you first saw him?

11     **A.    In the street.**

12         Q.    And when you say in the street, was he in

13     your lane of travel or a different lane of travel?

14     **A.    He was starting to cross in front of me.**

15         Q.    He was starting to cross in front of you.

16     Could you tell where he was coming from?

17     **A.    No.**

18         Q.    Okay.

19             And were you able to tell if -- what

20     ethnicity or race he was?

21     **A.    I think, but I'm not for certain, I think**

22     **he was black.**

23         Q.    Okay.  And again, you stated it was dark

24     out.

25     **A.    Um-hum.**

EXAMINATION BY MS. SHAFAIE

1      Q.   Do you know if you had your headlights on

2  that day?

3      **A.   Yes.**

4      Q.   Okay.

5           And I think you stated that he was not

6  clothed?

7      **A.   He was not.**

8      Q.   Had you ever seen him prior to coming --

9      **A.   No.**

10     Q.   -- into the street with any clothes on?

11     **A.   No.**

12     Q.   And as we're going through, and you're not

13 doing anything wrong, if you'll let me get my question

14 out, that way the court reporter can get it so we're

15 not talking over each other.  And you're doing just

16 fine.  Just make sure you let me get my question out.

17     **A.   Okay.**

18     Q.   When you saw the man coming into the road,

19 did you see him do anything other than walking?

20     **A.   I think he was running.  I'm not for**

21 **certain.  This happened so -- I think he was running.**

22     Q.   Okay.  And do you know if he was saying

23 anything, or could you hear him saying anything?

24     **A.   I couldn't hear anything.**

25     Q.   Could you see his mouth moving at all?

EXAMINATION BY MS. SHAFAIE

1      **A.    No.**

2      Q.    When he came into the street, did you have

3  to do anything with your vehicle to avoid hitting him?

4      **A.    No.**

5      Q.    Was there anybody else, or any other cars

6  on the road at that time?

7      **A.    I don't remember.**

8      Q.    Typically -- do you typically go to work at

9  that time in the morning?

10      **A.    Yes.**

11      Q.    Do you typically take the same route that

12  we've been talking about today?

13      **A.    Yes.**

14      Q.    Typically during that time are there other

15  cars on the roadway, if you remember?

16      **A.    Yes.**

17      Q.    And so you stated that you saw the man

18  either walk or run into the roadway.  Did you -- do

19  you know if he stopped or kept going or did you see

20  what he did?

21      **A.    I have no idea --**

22          MR. JOHNSON:  Object to form.  Misstates

23  prior testimony.

24      Q.    (BY MS. SHAFAIE)  Sorry.  You said that you

25  saw the man.  Did you see him -- did you see what he

EXAMINATION BY MS. SHAFAIE

1    did after --

2         **A.    No --**

3         Q.    -- he got into the road?

4         **A.    -- I kept going.**

5         Q.    Have you ever seen this man before?

6         **A.    No.**

7         Q.    Why did you call 911?

8         **A.    I was concerned because, I mean, I have a**

9    **son, and I was concerned for any -- people are at the**

10   **bus stop sometimes when I'm going to work, so I was**

11   **just concerned for other people's safety.  And I**

12   **didn't know what he -- his intentions were, that's why**

13   **I called 911.**

14        Q.    Okay.

15             Do you recall if there was anyone standing

16   on the bus stop on this day?

17        **A.    I do not remember.**

18        Q.    And typically at that time that -- well, at

19   the time you were driving, around 5:30 or 5:45, had

20   you seen other people at the bus stop before?

21        **A.    Yes.**

22        Q.    Were you scared of the man?

23        **A.    No.**

24        Q.    Okay.

25             What did you tell the 911 operator?

EXAMINATION BY MS. SHAFAIE

Page 14

1      **A.    That there was a man in the street and he**
2  **was naked.  That's what I said.**
3      Q.   Okay.
4           Did you hear anything about this man later
5  that day or after you had seen him?
6      **A.   I did not.**
7      Q.   Were you ever contacted by the police, that
8  you remember, to talk about this incident?
9      **A.   I remember -- I don't remember who it was,**
10  **but I remember someone calling me and they wanted to**
11  **know what did I witness.  And like I told them, all I**
12  **saw was a young man naked, I dialed 911, and that's**
13  **it.  I kept going to work.**
14      Q.   And do you know approximately when that
15  was, like if it was the same day or several days
16  later?
17      **A.    It was a while later.  I don't remember but**
18  **it was not the same day.**
19      Q.   Okay.
20           And the man that you saw, do you remember
21  what kind of build he had?
22      **A.   No.**
23      Q.   Do you remember how tall he was --
24      **A.   No.**
25      Q.   -- approximately?

EXAMINATION BY MS. SHAFAIE

1      **A.    I wasn't paying attention to all of that.**

2      Q.    Is it possible that you heard the man

3   yelling when you saw him crossing the street?

4           MR. JOHNSON:  Object to form.  Assumes

5   facts not in evidence.

6           MR. DOWD:  Calls for speculation.

7           MR. JOHNSON:  Also vague.

8      **A.    Can you repeat.**

9      Q.    (BY MS. SHAFAIE)  Yes, ma'am.

10          MS. SHAFAIE:  Can you just read back my

11   question.

12          (Record read.)

13     **A.    No.**

14     Q.    (BY MS. SHAFAIE)  It's not possible or you

15   don't know?

16     **A.    I don't know.**

17          MR. DOWD:  Same objections.

18          MR. JOHNSON:  Join.

19     Q.    (BY MS. SHAFAIE)  Okay.

20     **A.    I mean, my radio was on.**

21     Q.    Okay.

22          When the man crossed the street, how close

23   was he to your car?

24     **A.    I'm a little bit annoyed so please excuse**

25   **me.**

EXAMINATION BY MR. FLOYD

1      Q.   Sure.  And you take as much time as you

2  need, and maybe my question's not clear.  I just want

3  to know did he ever -- you know, if he's crossing in

4  front of you, how far away was he from your vehicle?

5      **A.   When I was approaching, he was already**

6  **halfway across the street.  So he was not close to me.**

7  **I mean, close enough where I was -- I felt threatened**

8  **or anything.**

9      Q.   Okay.

10          Is there anything else that you remember

11 about the incident that --

12     **A.   Nothing.**

13     Q.   -- I haven't asked you about?

14     **A.   Nothing.**

15          MS. SHAFAIE:  I don't have any further

16 questions.

17          MR. FLOYD:  I have some questions.

18                    EXAMINATION

19 BY MR. FLOYD:

20     Q.   Thank you for coming today.  I'm Mark

21 Floyd.  I represent Mr. Moore's widow --

22     **A.   Okay.**

23     Q.   -- and I do have a couple questions for

24 you.

25          When you saw Mr. Moore naked and in the

EXAMINATION BY MR. FLOYD

1    street that very early morning, did you perceive that

2    behavior to be a sign of that maybe something mentally

3    wasn't right with Mr. Moore?

4         **A.   Yes.**

5              MS. SHAFAIE:  Object to form.

6         **A.   Yeah, I did.**

7         Q.   (BY MR. FLOYD)  And did that perception of

8    him maybe not being right mentally, did that

9    contribute to or prompt you to call the police?

10        **A.   I was more concerned about the citizens,**

11   **that was my concern.**

12        Q.   Did you believe that Mr. Moore might be in

13   need of some type of help, even medical assistance or

14   otherwise?

15             MS. SHAFAIE:  Form.

16        **A.   I don't know.**

17        Q.   (BY MR. FLOYD)  Mr. Moore didn't threaten

18   you that morning?

19        **A.   No.**

20        Q.   He didn't try to harm you?

21        **A.   No.**

22        Q.   And you didn't see him try to harm anyone

23   else?

24        **A.   Like I said, I made the call and I kept**

25   **going.  That's -- that's the only thing that -- you**

EXAMINATION BY MR. FLOYD

Page 18

1    know, I saw him, I thought it was weird for someone to

2    be outside that time of morning, so I made the call,

3    kept going, didn't stop to see, didn't pull over.  I

4    went to work.

5        Q.   He certainly wasn't trying to be sneaky,

6    was he?

7        A.   I don't know.

8             MS. SHAFAIE:  Object to form; foundation.

9        Q.   (BY MR. FLOYD)  He didn't appear to be

10   trying to hide from anyone, was he?

11       A.   I don't know.

12            MS. SHAFAIE:  Foundation.

13       Q.   (BY MR. FLOYD)  He made himself very

14   available right in the middle of the street, is that

15   correct?

16            MS. SHAFAIE:  Form.

17       A.    I don't know what his attentions were.  I

18   know I just saw him, that's it.  I don't know what his

19   intentions were.

20       Q.   (BY MR. FLOYD) And you didn't see any type

21   of a weapon on him or anything like that?

22       A.   I did not.

23            MR. FLOYD:  Those are all the questions I

24   have.  Thank you.

25   ///

EXAMINATION BY MR. JOHNSON

1                      EXAMINATION

2   BY MR. JOHNSON:

3        Q.   Ms. Rhone, my name is Todd Johnson.  I

4   represent some other family members of Mr. Moore.

5        **A.   Okay.**

6        Q.   His name is Jason Moore.  Did you know any

7   Jason Moores from Ferguson?

8        **A.   No.**

9        Q.   His mother's name is Delores Moore.  She

10  also lives in Ferguson.  Do you know her?

11       **A.   No.**

12       Q.   He's married to a lady named Tina Moore,

13  who lives in Ferguson.  Do you know Tina Moore?

14       **A.   No.**

15       Q.   Tina Whitby?

16       **A.   No.**

17       Q.   When the police department followed up with

18  you after you called 911 that day, is that the last

19  contact you had with anybody that you associate to be

20  with the Ferguson Police Department about this

21  incident?

22       **A.   Yes.**

23       Q.   Did you give any type of statement or

24  narrative to Ms. Shafaie or anyone at her office other

25  than what you told us here this morning?

EXAMINATION BY MR. DOWD

1      **A.   I did not.**

2          MR. JOHNSON:  I have no further questions.

3  Thank you.

4                        EXAMINATION

5  BY MR. DOWD:

6      Q.   Let me just ask you, where did you work at

7  the time?  Where were you going to work that day?

8      **A.   I drive a school bus so I was going to**

9  **First Student.**

10     Q.   Okay.  And are you still working there?

11     **A.   No, I'm actually at another bus company,**

12  **but I'm in St. Ann in the service center.  That's who**

13  **I work for now.**

14     Q.   Same profession?

15     **A.   Yes.**

16     Q.   Different company?

17     **A.   Yes.**

18         MR. DOWD:  That's all I have.  Thank you.

19  My name is Bill Dowd, by the way.  That's all I have.

20         MR. FLOYD:  You have the right to read this

21  deposition as for -- after it's transcribed into book

22  form, which it will be.  You can't change any of your

23  answers, but if you thought you were taken down

24  inaccurately, then you could say, oh, I didn't say

25  that, I said this, and you could make corrections.

EXAMINATION BY MR. DOWD

1   It's just a formality.  The witness is supposed to be

2   asked do you want to read the deposition or do you

3   want to waive it.  I'm not giving you any advice one

4   way or the other, but you really should tell the court

5   reporter whether you want to read or whether you want

6   to waive it.

7            MR. DOWD:  Waive your signature.

8            MR. FLOYD:  Waive your signature.

9            THE WITNESS:  I mean, I'll waive it.  I

10  just have one question.  So now I just wait?  Where do

11  we go from here?

12           MR. FLOYD:  I don't know that you have any

13  obligations except if this case were to go to trial

14  for the death of Mr. Moore, someone might contact you

15  to testify at trial or they may not.

16           THE WITNESS:  Okay.

17           MR. FLOYD:  But that's months in the

18  future.  And right now I don't think there is any

19  definitive plans that you would be testifying.

20           THE WITNESS:  Okay.  Thank you.

21           MS. SHAFAIE:  Thank you.

22           (Whereupon the deposition concluded at

23           9:52 a.m.)

24           (Whereupon signature was waived, and the

25           deponent was excused.)

1                    REPORTER CERTIFICATE

2

3         I, KATHY BAUERNFEIND, a Certified Shorthand

4    Reporter, do hereby certify that there came before me

5    at Pitzer Snodgrass, P.C., 100 South 4th Street,

6    St. Louis, Missouri,

7                    CLAUDETTE BOYCE-RHONE

8    who was by me first duly sworn; that the witness was

9    carefully examined, that said examination was reported

10   by myself, translated and proofread using

11   computer-aided transcription, and the above transcript

12   of proceedings is a true and accurate transcript of my

13   notes as taken at the time of the examination of this

14   witness.

15         I further certify that I am neither

16   attorney nor counsel for nor related nor employed by

17   any of the parties to the action in which this

18   examination is taken; further, that I am not a

19   relative or employee of any attorney or counsel

20   employed by the parties hereto or financially

21   interested in this action.

22         Dated this 14th day of January 2016

23

24   _____

25         Kathy Bauernfeind, CSR, CLR

A

**ability** 6:23 7:2
**able** 10:19
**accurate** 22:12
**action** 22:17,21
**address** 7:8,19
**advice** 21:3
**affect** 6:23 7:2
**age** 9:1
**agreed** 5:1
**agreement** 5:7 6:19
**airport** 8:3 9:9 9:14,15
**al** 1:5,8 3:3,6 5:20
**ann** 20:12
**annoyed** 15:24
**answer** 6:5
**answers** 20:23
**anybody** 12:5 19:19
**appear** 18:9
**approaching** 16:5
**approximately** 9:21 14:14,25
**arranging** 5:22
**artificial** 10:6
**asked** 16:13 21:2
**asking** 5:25
**assistance** 17:13
**associate** 19:19
**assumes** 15:4
**attention** 15:1
**attentions** 18:17
**attorney** 5:19 22:16,19
**attorneys** 5:25
**available** 18:14
**avenue** 3:16 7:9
**avoid** 12:3

B

**back** 7:19 8:11 15:10
**baty** 3:15
**bauernfeind** 1:15 3:11 5:4 22:3 22:25
**behalf** 1:13 3:9
**behavior** 17:2
**believe** 17:12
**believed** 9:6
**bill** 20:19
**birth** 7:6
**bit** 6:16 15:24
**black** 10:22
**book** 20:21
**boycerhone** 1:11 3:9 5:9,17 22:7
**broadway** 3:22
**build** 14:21
**bus** 13:10,16,20 20:8,11

C

**call** 13:7 17:9 17:24 18:2
**called** 9:3 13:13 19:18
**calling** 8:20 14:10
**calls** 15:6
**cant** 9:9,12 20:22
**car** 9:17 15:23
**carefully** 22:9
**cars** 12:5,15
**case** 5:20 21:13
**ccr** 1:15
**center** 20:12
**certain** 10:21 11:21
**certainly** 18:5
**certificate** 22:1
**certified** 3:11 5:4 22:3
**certify** 22:4,15
**change** 20:22
**citizens** 17:10
**city** 1:8 3:6,17 5:19,20
**clarification** 6:16
**claudette** 1:11 3:9 5:9,17,18 22:7
**clayton** 3:20
**clear** 16:2
**clearer** 6:18
**close** 15:22 16:6 16:7
**clothed** 11:6
**clothes** 11:10
**clr** 22:25
**coming** 10:16 11:8,18 16:20
**commencing** 3:10
**company** 20:11,16
**computeraided** 22:11
**concern** 17:11
**concerned** 9:2 13:8,9,11 17:10
**concluded** 21:22
**concluding** 3:10
**consolidated** 1:8 3:6
**contact** 19:19 21:14
**contacted** 14:7
**contribute** 17:9
**correct** 5:22 9:6 18:15
**corrections** 20:25
**couldnt** 8:25 11:24
**counsel** 5:2,2,7 22:16,19
**couple** 5:21 16:23
**court** 1:1,25 3:1 7:13 11:14 21:4
**cross** 9:10 10:14 10:15
**crossed** 15:22
**crossing** 15:3 16:3
**csr** 22:25
**current** 7:8

D

**dade** 9:12
**dark** 9:1 10:3,23
**date** 7:6
**dated** 22:22
**day** 8:16,19,24 9:22 11:2 13:16 14:5,15 14:18 19:18 20:7 22:22
**days** 14:15
**death** 21:14
**defendant** 1:13 3:9
**defendants** 1:9 3:7 4:2 5:3
**definitive** 21:19
**delores** 3:14 19:9
**department** 19:17 19:20
**depending** 8:7
**deponent** 21:25
**deposition** 1:11 3:9 5:3 7:13 20:21 21:2,22
**description** 2:8
**dialed** 14:12
**didnt** 13:12 17:17,20,22 18:3,3,9,20 20:24
**different** 10:13 20:16
**distance** 8:1
**district** 1:1,2 3:1,1
**division** 1:3 3:2
**doesnt** 6:15
**doing** 11:13,15
**dont** 9:13 12:7 14:9,17 15:15 15:16 16:15 17:16 18:7,11 18:17,18 21:12 21:18
**dowd** 2:5 3:21,21 3:22 15:6,17 20:5,18,19 21:7
**drive** 20:8
**driving** 13:19
**drugs** 7:2
**duly** 5:10 22:8

E

**early** 17:1
**eastern** 1:2,3 3:1,2
**either** 6:5 7:12 12:18
**emmet** 7:9,21
**employed** 22:16 22:20
**employee** 22:19
**esq** 3:16,19,22 4:3
**estate** 3:18
**et** 1:5,8 3:3,6 5:20
**ethnicity** 10:20
**evidence** 15:5
**exactly** 6:9
**examination** 2:1 5:13 16:18 19:1 20:4 22:9 22:13,18
**examined** 3:9 5:11 22:9
**excuse** 15:24
**excused** 21:25
**exhibits** 2:7,10

F

**facts** 15:5
**family** 6:1 19:4
**far** 7:23,25,25 8:3 16:4
**fast** 8:7
**felt** 16:7
**ferguson** 1:8 3:6 5:19,21 7:9,16 19:7,10,13,20
**financially** 22:20
**fine** 11:16
**firm** 3:19
**first** 5:10 10:10 20:9 22:8
**five** 8:4
**floyd** 2:3 3:19 3:19 16:17,19 16:21 17:7,17 18:9,13,20,23 20:20 21:8,12 21:17
**followed** 19:17
**follows** 5:11
**foot** 9:16
**form** 12:22 15:4 17:5,15 18:8 18:16 20:22
**formality** 21:1
**foundation** 18:8 18:12
**fourth** 4:4
**friend** 3:14
**front** 10:14,15 16:4
**further** 16:15 20:2 22:15,18
**future** 21:18

G

**give** 19:23
**given** 7:10
**giving** 8:15 21:3
**go** 12:8 21:11,13
**going** 5:24,24 6:4,14 8:4 11:12 12:19 13:4,10 14:13 17:25 18:3 20:7,8

H

**half** 8:1
**halfway** 16:6
**happened** 11:21
**harm** 17:20,22
**havent** 16:13
**head** 6:6
**headlights** 11:1
**hear** 11:23,24 14:4
**heard** 15:2
**help** 17:13
**hereto** 22:20
**hes** 16:3 19:12
**hide** 18:10
**hitting** 12:3
**holm** 3:15
**humum** 6:6,11

I

**ida** 4:3 5:18
**idea** 12:21
**identified** 8:10
**ill** 6:17 21:9
**im** 5:18,24 8:4 10:21 11:20 13:10 15:24 16:20 20:11,12 21:3
**inaccurately** 20:24
**incident** 8:11 14:8 16:11 19:21
**index** 2:1,7

**intentions** 13:12
18:19
**interested** 22:21

---

**J**

**january** 1:14
3:10 22:22
**jason** 3:18 5:20
19:6,7
**johnson** 2:4 3:16
12:22 15:4,7
15:18 19:2,3
20:2
**join** 15:18

---

**K**

**kansas** 3:17
**kathy** 1:15 3:11
5:4 22:3,25
**kept** 12:19 13:4
14:13 17:24
18:3
**kind** 14:21
**know** 6:9,10,12
6:17 7:24 9:13
11:1,22 12:19
13:12 14:11,14
15:15,16 16:3
16:3 17:16
18:1,7,11,17
18:18,18 19:6
19:10,13 21:12

---

**L**

**lady** 6:7 19:12
**lane** 10:13,13
**law** 3:19
**lights** 10:6
**lit** 10:7
**little** 6:16
15:24
**lived** 7:16
**lives** 19:10,13
**long** 7:16
**lot** 6:15 7:18
**louis** 3:11,20,23
4:4 22:6

---

**M**

**maam** 15:9
**madison** 3:16
**man** 8:25 9:6,8
9:22 10:9,10
11:18 12:17,25
13:5,22 14:1,4
14:12,20 15:2
15:22
**marg** 9:13
**marguerite** 7:23
**mark** 3:19 16:20
**marked** 2:10
**married** 19:12
**mean** 7:12,25

13:8 15:20
16:7 21:9
**meant** 6:9
**medical** 17:13
**medication** 7:1
**members** 19:4
**mentally** 17:2,8
**middle** 18:14
**mile** 8:1
**minor** 3:14
**minutes** 8:5
**missouri** 1:2 3:1
3:11,12,17,20
3:23 4:4 7:9
22:6
**misstates** 12:22
**months** 21:17
**moore** 1:5 3:3,14
3:18,18 5:20
6:1 16:25 17:3
17:12,17 19:4
19:6,9,12,13
21:14
**moores** 16:21
19:7
**morning** 12:9
17:1,18 18:2
19:25
**mothers** 19:9
**mouth** 11:25
**moving** 11:25

---

**N**

**naked** 9:2 14:2
14:12 16:25
**name** 5:15,18
19:3,6,9 20:19
**named** 19:12
**narrative** 19:24
**need** 6:16 16:2
17:13
**neither** 22:15
**nod** 6:10
**nodding** 6:6
**north** 3:22 7:23
**notes** 22:13
**number** 2:8
**numrich** 3:15

---

**O**

**object** 12:22
15:4 17:5 18:8
**objections** 15:17
**obligations**
21:13
**office** 19:24
**officer** 8:19
**oh** 20:24
**okay** 6:2,3,21
7:5,15,22 8:2
8:6,14,21,23
9:4,11,18
10:18,23 11:4

11:17,22 13:14
13:24 14:3,19
15:19,21 16:9
16:22 19:5
20:10 21:16,20
**ooo** 5:8
**operator** 13:25
**otto** 3:15
**outside** 9:2 18:2

---

**P**

**page** 2:8
**parties** 22:17,20
**paying** 15:1
**people** 13:9,20
**peoples** 13:11
**perceive** 17:1
**perception** 17:7
**phone** 5:21
**pitzer** 3:10 4:3
22:5
**plaintiff** 5:2
**plaintiffs** 1:6
3:4,14,18
**plans** 21:19
**please** 5:16 7:6
15:24
**pohlmanusa** 1:25
**police** 8:11,16
8:18 14:7 17:9
19:17,20
**possible** 15:2,14
**prior** 11:8 12:23
**proceedings**
22:12
**produced** 3:9
**profession** 20:14
**prompt** 17:9
**proofread** 22:10
**pull** 18:3
**put** 6:10

---

**Q**

**question** 6:15,18
11:13,16 15:11
21:10
**questioning** 6:22
**questions** 2:2,3
2:4,5 5:25 6:2
6:24 7:3 16:2
16:16,17,23
18:23 20:2
**quite** 7:18

---

**R**

**race** 10:20
**radio** 15:20
**read** 15:10,12
20:20 21:2,5
**really** 21:4
**reason** 6:7
**recall** 10:5
13:15

**record** 5:15
15:12
**regarding** 8:11
**related** 22:16
**relative** 22:17
**remember** 8:15,18
8:20 9:9,13,21
12:7,15 13:17
14:8,9,9,10,17
14:20,23 16:10
**renee** 3:14
**repeat** 15:8
**reported** 22:9
**reporter** 3:11
5:5 11:14 21:5
22:1,4
**reporting** 1:25
**represent** 6:1
16:21 19:4
**represents** 5:19
**rhone** 19:3
**right** 6:7 17:3,8
18:14 20:20
21:18
**road** 3:20 8:3
9:9,14,16 10:7
11:18 12:6
13:3
**roadway** 12:15,18
**rodgers** 3:14
**route** 12:11
**run** 12:18
**running** 11:20,21

---

**S**

**safety** 13:11
**saw** 8:11,22,24
9:5,8,22 10:9
10:10 11:18
12:17,25 14:12
14:20 15:3
16:25 18:1,18
**saying** 6:6,8
11:22,23
**scared** 13:22
**school** 20:8
**see** 11:19,25
12:19,25,25
17:22 18:3,20
**seen** 11:8 13:5
13:20 14:5
**sense** 6:12,15
**september** 7:19
8:12
**service** 20:12
**setting** 7:13,13
**shafaie** 2:2 4:3
5:14,18 12:24
15:9,10,14,19
16:15 17:5,15
18:8,12,16
19:24 21:21
**shorthand** 3:11

5:4,4 22:3
**sign** 17:2
**signature** 5:6
21:7,8,24
**sneaky** 18:4
**snlj** 1:7,7 3:5,6
**snodgrass** 3:10
4:3 22:5
**son** 13:9
**sorry** 12:24
**south** 3:11 4:4
22:5
**speculation** 15:6
**spoke** 5:21
**st** 3:11,20,23
4:4 20:12 22:6
**standing** 13:15
**starting** 10:14
10:15
**state** 3:12 5:15
7:6
**stated** 9:5 10:2
10:9,23 11:5
12:17
**statement** 8:10
8:15 19:23
**states** 1:1 3:1
**stating** 8:22
**stipulated** 5:1
**stop** 13:10,16,20
18:3
**stopped** 12:19
**street** 3:11 4:4
9:10 10:11,12
11:10 12:2
14:1 15:3,22
16:6 17:1
18:14 22:5
**streetlights**
10:6,8
**student** 20:9
**suite** 3:16,20,22
4:4
**supposed** 21:1
**sure** 6:4,9,11
8:8,8 11:16
16:1
**sworn** 3:9 5:10
22:8

---

**T**

**take** 6:1 12:11
16:1
**taken** 1:13 5:3
20:23 22:13,18
**talk** 14:8
**talking** 8:18
11:15 12:12
**tall** 14:23
**tell** 8:25 10:16
10:19 13:25
21:4
**testified** 5:11

**testify** 21:15
**testifying** 21:19
**testimony** 7:10
  7:12 12:23
**thank** 16:20
  18:24 20:3,18
  21:20,21
**thats** 9:2 13:12
  14:2,12 17:25
  17:25 18:18
  20:12,18,19
  21:17
**thing** 17:25
**think** 10:2,21,21
  11:5,20,21
  21:18
**thought** 18:1
  20:23
**threaten** 17:17
**threatened** 16:7
**time** 6:2 9:21
  10:3 12:6,9,14
  13:18,19 16:1
  18:2 20:7
  22:13
**times** 5:21
**tina** 1:5 3:3,18
  19:12,13,15
**today** 5:24 6:24
  7:3 12:12
  16:20
**todd** 3:16 19:3
**told** 14:11 19:25
**transcribed** 5:5
  20:21
**transcript** 22:11
  22:12
**transcription**
  22:11
**translated** 22:10
**travel** 10:13,13
**trial** 21:13,15
**true** 22:12
**try** 6:17 17:20
  17:22
**trying** 18:5,10
**type** 17:13 18:20
  19:23
**typewriting** 5:5
**typically** 12:8,8
  12:11,14 13:18

———————————
          **U**
———————————
**umhum** 6:6,11
  10:25
**understand** 6:18
  6:24 7:2 8:9
  8:12
**united** 1:1 3:1

———————————
          **V**
———————————
**vague** 15:7
**vehicle** 9:16,18

  12:3 16:4
**versus** 5:20
**vs** 1:7 3:5

———————————
          **W**
———————————
**wait** 21:10
**waive** 21:3,6,7,8
  21:9
**waived** 5:6 21:24
**walk** 12:18
**walking** 8:7
  11:19
**want** 6:8,11 16:2
  21:2,3,5,5
**wanted** 14:10
**wasnt** 15:1 17:3
  18:5
**way** 9:24 10:7
  11:14 20:19
  21:4
**weapon** 18:21
**weird** 18:1
**went** 18:4
**weve** 12:12
**whitby** 19:15
**widow** 16:21
**william** 3:22
**witness** 5:6,7
  14:11 21:1,9
  21:16,20 22:8
  22:14
**wont** 6:10
**work** 9:24 12:8
  13:10 14:13
  18:4 20:6,7,13
**working** 20:10
**wrong** 11:13

———————————
          **X**
———————————

———————————
          **Y**
———————————
**yeah** 10:4 17:6
**years** 7:17
**yelling** 15:3
**youll** 6:4,17
  11:13
**young** 8:25 14:12
**youre** 6:8 8:9
  11:12,15

———————————
          **Z**
———————————

———————————
          **0**
———————————

———————————
          **1**
———————————
**100** 3:11 4:4
  22:5
**13** 1:14 3:10
  7:17
**1361** 1:15
**14** 7:7,17
**14cv1443** 1:7 3:5

**14cv1447** 1:7 3:6
**14th** 22:22
**16** 2:3
**17th** 8:12
**19** 2:4

———————————
          **2**
———————————
**20** 2:5
**2011** 7:20 8:12
**2016** 1:14 3:10
  22:22
**202** 3:20
**210** 3:16
**211** 3:22

———————————
          **3**
———————————
**30** 13:19
**319** 7:9,21
**35** 3:10 9:23,23

———————————
          **4**
———————————
**4** 1:7,7 3:5,6
  7:7
**400** 4:4
**4050** 3:22
**4210099** 1:25
**45** 9:23 13:19
**4600** 3:16
**4th** 3:11 22:5

———————————
          **5**
———————————
**5** 2:2 9:23,23,23
  13:19,19
**52** 3:10 21:23

———————————
          **6**
———————————
**63102** 3:23 4:4
**63117** 3:20
**63135** 7:9
**64112** 3:17
**68** 7:7

———————————
          **7**
———————————

———————————
          **8**
———————————
**8151** 3:20
**877** 1:25

———————————
          **9**
———————————
**9** 3:10,10 21:23
**911** 8:20 13:7,13
  13:25 14:12
  19:18