# FERGUSON POLICE DEPARTMENT

## TASER International ® USE REPORT

EXHIBIT I

Date/Time: 09-17-11   TASER Officer's Name: KAMINSKI 586

E-mail: _____   Department: FERGUSON POLICE DEPT.

Department Address: 222 S. FLORISSANT Rd. FERGUSON, MO. 63135   Phone: (314) 522-3100

On Scene Supervisor: LT. BALLARD   Officer(s) Involved: KAMINSKI 586

TASER Serial #: X00-57130   Medical Facility: CHRISTIAN HOSPITAL NW   Doctor: PATEL

ER#: N/A   Fire DR#: N/A

Nature of the Call or Incident: SUSPICIOUS PERSON   Charges: ASSAULT 3d (c) INDECENT EXPOSURE   Booked: Y (N)

Location of Incident: ( ) Indoor (X) Outdoor ( ) Jail ( ) Hospital _____

Type of Force Used (Check all that apply): ( ) Physical (X) Less-lethal ( ) Firearm

Nature of the Injuries and Medical Treatment Required: SUBJECT STOPPED Breathing/CPR

Admitted to Hospital for Injuries: (Y) N   Admitted to Hospital for Psychiatric: Y (N)

Medical Exam: (Y) N   Suspect Under the influence: Alcohol / Drugs (specify): UNKNOWN

Was an Officer, Police Employee, Volunteer or Citizen Injured? Y (N)

Incident Type {Circle appropriate response(s) below}:

Civil Disturbance   Suicidal   Suicide by Cop   (Violent Suspect)   Barricade   Warrant Service   (Other)

Age: 31   Sex: M   Height: 507   Race: B   Weight: 145

TASER use (circle one): (Success) Failure   Suspect wearing heaving clothes: Y (N)

Number of Air Cartridges fired: 1   Number of cycles applied: 3

Usage (check one): ( ) Arc Display Only   ( ) Laser Display Only   (X) TASER Application

TASER: Is this a dart probe contact: (Y) N   Is this a stun gun contact: Y (N)

TASER® weapon used: ( ) AIR TASER 34000-series   (X) ADVANCED TASER M-series

Approximate target distance at the time of the dart launch: 15 FEET

Distance between the two probes: 18"   Need for an additional shot? Y (N)

Did dart contacts penetrate the subject's skin? (Y) N   Probes removed on scene: (Y) N

TASER: Did the application cause injury: (Y) N   If yes, was the subject treated for the injury: (Y) N

FPD Form 105   (page 1 of 2)   07/10

DESCRIPTION OF INJURY:
ABRASIONS FROM FALL

APPLICATION AREAS - Points of contact (place "X's" where probes hit suspect)



SYNOPSIS:
SUBJECT RAN AT OFFICER SWINGING ARMS, TASER DEPLOYED - SUBJECT (NAKED) FELL TO GROUND. ATTEMPTED TO RISE AFTER INITIAL CYCLE. 2d CYCLE (5 sec) APPLIED SUBJECT LAY BACK DOWN AND TRIED TO RISE AFTER CYCLE ENDED. SUBJECT TRIED GETTING UP AND WAS GIVEN 3d 5 SECOND CYCLE AND COMPLIED.

Need for additional applications? (Y) N    Did the device respond satisfactorily? (Y) N

Describe the subject's demeanor after the device was used or displayed?
COMPLIANT AFTER 3d CYCLE, THEN UNRESPONSIVE AND NOT BREATHING.

Chemical Spray: Y (N)    Baton or Blunt Instrument: Y (N)

Authorized control holds: (Y) N    If yes, what types: HANDCUFFED BEHIND BACK

Describe other means attempted to control the subject: VERBAL COMMANDS

Photographs Taken: Y (N)    Report Completed by: LT. Ballard 299  *St. Ballard 299*

ADDITIONAL INFORMATION

NONE

FPD Form 105    (page 2 of 2)    07/10

# Ferguson Police Department

## USE OF FORCE REPORT / PURSUIT REPORT
(To be completed by Supervisor)

CN  11-18027
(If applicable)

INCIDENT DATE  09-17-11    TIME  0646

This form is used to report a Use of Force incident or a Police Vehicle Pursuit, and as a checklist to ensure that all required information is in the police report in sufficient detail. This form is required in all instances when an officer uses force (with or without a weapon to include pain compliance and pointing of firearms) to overcome resistance by a subject resisting arrest (except fleeing); or an arrestee is injured or claims injury AND all police vehicle pursuits.

SUSPECT  MOORE, JASON    RACE  B   SEX  M   DOB  03-04-80

OFFICER  KAMINSKI    DSN  586

[X] ON-DUTY USE OF FORCE   [ ] OFF-DUTY USE OF FORCE   [ ] PURSUIT

**USE OF FORCE INCIDENT INVOLVES:**

[ ] Pointing of a firearm  N/A

[ ] Physical force used by Officer(s)
(striking with fists, kicking or pain compliance techniques)

[ ] Resisting arrest  N/A   [ ] Protective custody  N/A

[ ] Firearm discharge

[ ] Pepper-mace used  N/A   [ ] Impact weapon used  N/A

[X] Advanced Taser used
(Also complete FPD Form 105)

[ ] Other weapon used  N/A   [ ] Officer injured  N/A

[X] Injured arrestee

[ ] Arrestee claiming injury  N/A   [ ] Animal Destroyed  N/A

| CHECK IF IN OR ATTACHED TO POLICE REPORT: | CHECK IF INCIDENT INVOLVES VEHICLE PURSUIT: |
|---|---|
| [X] detailed description of actions and resistance used by suspect | Reason Pursuit Initiated:<br>[ ] Felony  [ ] Misdemeanor  [ ] Traffic<br>[ ] Assist other jurisdiction |
| [X] detailed description of force used by officer(s), including how weapons used, how many blows, where struck, etc. | Pursuit terminated by:  N/A<br>[ ] Accident  [ ] Arrest  [ ] Escape<br>[ ] Tire Deflating Device  [ ] Roadblock<br>[ ] Pursuing officer  [ ] Supervisor directive |
| [X] officer's detailed observation of arrestee's injuries | |
| [X] witness statements, pedigrees | |
| [X] all officers at the scene listed in report, statements | |
| [X] location where treated, doctor's name | Pursuit ended  [ ] in city limits  [ ] outside city limits |
| [X] doctor's diagnosis & treatment | If pursuit results in vehicle crash: |
| [ ] fit for confinement  N/A | Number of vehicles involved _____ |
| [ ] photos of suspect's injury  N/A | [ ] Police vehicle involved |
| [ ] photos of officers injury  N/A | [ ] Suspect killed/injured |
| [ ] charged with resisting arrest, booked  N/A | [ ] Officer killed/injured  [ ] Other(s) killed/injured |

COMMANDER/SUPERVISOR  Lt. Ballard    DSN  299   DATE  09-17-11

OFFICER'S ACTIONS COMPLY WITH DEPARTMENT POLICY: [ ] YES  [ ] NO
(If no, submit separate investigation and recommendation)

DIVISION COMMANDER _____  DSN _____  DATE _____

Forward to Chief of Police

FPD Form 80  07/06/2010

USE OF FORCE REPORT / PURSUIT REPORT          Page 2 of 3

DATE: 09-17-11                                                                                    CN: 11-18027

At approximately 0646 hrs., Officers were dispatched to the area of Airport Rd. and N. Marguerite for a report of a naked man running in the street, hitting vehicles and screaming. Officer Kaminski 586 located the subject at the intersection of Airport Rd. and Henquin Dr. in the parking lot of "Tim Allens' Cleaning Service" 205 Henquin Dr.

The subject later identified as; Moore, Jason B/M 03-04-80, was completely naked staring out at Airport Rd..Officer Kaminski told Moore to place his hands over his head and walk towards him. Moore began to yell and moved towards Officer Kaminski. Officer Kaminski told Moore to stop and get on the ground, but Moore continued to advance. Officer Kaminski backed away, ordering Moore to stop, however Moore only began to run at Officer Kaminski, screaming and swinging his fists. Officer Kaminski then deployed his department issued TASER, striking Moore with a probe into his chest and a probe into his right upper thigh area. Moore, after initially falling to the ground, attempted to regain his feet and Officer Kaminski ordered him to stay down, and was met with non-compliance. Officer Kaminski administered a second, 5 second burst which placed Moore back on the ground. Moore again tried to rise up and a third 5 second burst was administered, again placing Moore back onto the ground. Officer White 560 arrived and was able to pull Moores' arms behind his back and handcuff him. After being handcuffed, Moore tried moving his arms again but stopped when Officer White told him to. Officer White then requested an Ambulance and Supervisor to respond.

Myself and Officer Bebe 544 then arrived on scene, at almost the same instant that Officer White requested EMS and myself.

As I approached Moore and the Officers, Moore let out a raspy sound and appeared to stop breathing. Officer White released the handcuffs from Moore and said "He's not breathing". Officer White and Officer Bebe began chest compressions immediately, as I radioed dispatch to advise EMS the subject was not breathing. Chest compressions were continued by Officers White and Bebe until relieved by EMS and Fire personnel.

Moore was transported to Christian Hospital Northwest by Ambulance with CPR in progress. Officer Bebe followed the ambulance and stayed at the hospital until told by the attending physician; Dr. Patel that Moore had passed.

Copies of the following are attached:

Case: 4:14-cv-01443-SNLJ   Doc. #: 64-8   Filed: 04/29/16   Page: 5 of 5 PageID #: 1501

USE OF FORCE REPORT / PURSUIT REPORT          Page 3 of 3

DATE: <u>09-17-11</u>                                              CN: <u>11-18027</u>

Original Report

Witness Statement

Supplemental Report (s)