# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TINA MOORE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case Nos.    4:14-CV-1443 SNLJ |
| vs.      ) | 4:14-CV-1447 SNLJ |
| ) | (Consolidated) |
| CITY OF FERGUSON, et al. ) | |
| ) | |
| Defendants. ) | |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED and agreed by and between the parties hereto, by their respective counsel, that the above-entitled action be dismissed without prejudice only as to Defendants Detective Matthew Bebe, Lieutenant William Ballard, Officer Michael White, Mayor James Knowles III, Councilman Mark Byrne, councilwoman Kim Tihen, Councilman Dwayne James, Councilman Tim Larson, Councilman David Conway and Councilman Keith Kallstrom  with each party to bear their own costs.  This dismissal does not affect the claims of the Plaintiffs against any other Defendants in this case.

        Respectfully submitted,

        DOWD & DOWD, P.C.

By:   /s/ William T. Dowd
      WILLIAM T. DOWD (#39648MO)
      ALEX R. LUMAGHI (#56569MO)
      Attorneys for Plaintiff
      211 North Broadway, Suite 4050
      St. Louis, Missouri   63102
      314/621-2500
      Fax, 314/621-2503
      bill@dowdlaw.net
      alex@dowdlaw.net

/s/ Mark L. Floyd
MARK L. FLOYD (# 43643MO)
THE FLOYD LAW FIRM, P.C.
Attorneys for Plaintiff
8151 Clayton Rd., Suite 202
St. Louis, Missouri   63117
314/863-4114
Fax, 314/863-4150
mark@thefloydlawfirm.com

*Attorneys for Plaintiffs Tina Moore and Estate of Jason Moore*


/s/Todd M. Johnson
TODD M. JOHNSON  (48824MO)
BATY, HOLM, NUMRICH & OTTO P.C.
4600 Madison Avenue, Suite 210
Kansas City, MO 64112-3012
tjohnson@batyholm.com
Telephone:     816-531-7200
Telecopy:      816-531-7201

*Attorneys For Plaintiffs
Delores Moore And Renee Rodgers,
As Next Friend Of A.D.R, A Minor*


/s/ Peter J. Dunne
PETER J. DUNNE (31482)
ROBERT PLUNKERT (62064)
IDA S. SHAFAIE (66220)
PITZER SNODGRASS, P.C.
100 South Fourth Street, Suite 400
St. Louis, MO  63102-1821
langella@pspclaw.com

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the above pleading was served via the Court's electronic filing system this 1st day of June, 2016 to all counsel of record.

                                                                 /s/ William T. Dowd