

**TASER**
Protect Life

17800 N. 85th St.
Scottsdale, AZ
85255-9603

Phone: (480) 991-0797 • (800) 978-2737
Fax: (480) 991-0791
www.TASER.com

### X26 Scope Data

Date: 29-JAN-2014      XDPM %: 74 ✓

Agency: Ferguson PD      Serial #: X00-571300 ✓

Existing DPM:    Pulse Rate= 17 / 0.924  Δ= 18.40 pps - Image #TEK 0000.png
(# of spaces between pulses)

New DPM:    Pulse Rate= N/A / _____ Δ= _____ pps - Image #TEK N/A
(# of spaces between pulses)

Peak Load Voltage = 2.023 KV

Main Phase Charge = 108.0 μC – Image # TEK 0001.png

Pulse Duration = 130.0 μs - Image #TEK 0002.png

Notes:
CEW is operating in spec ®.
Spc Run Jan 15, 2014

Equipment Used:
Tektronix DPO3034 Oscilloscope S/N: ~~C010663~~ C010658, Calibration Due ~~26-SEP-2014~~ 04-JUN-14
Tektronix TCP-202 Current Probe S/N: B054660, Calibration Due 20-~~SEP~~-2014  MAR
Tektronix P5100 Voltage Probe- No calibration required

### X26 Customer Specifications

| Electrical Output Specifications with a 600 Ω Load | TASER X26 Specifications |
|---|---|
| Pulse rate | 16.5 to 20 pulses per second (pps) |
| Main phase charge | 80 to 125 microcoulombs |
| Peak loaded main phase voltage | 1400 to 2520 volts |
| Pulse duration: full waveform | 105 to 155 microseconds |

EXHIBIT 6

Ferg 1698



| | 17800 N. 85th St.<br>Scottsdale, AZ<br>85255-9603 | Phone: (480) 991-0797 • (800) 978-2737<br>Fax: (480) 991-0791<br>www.TASER.com |
|---|---|---|

## X26 Scope Data

Date: _____29-JAN-14_____                                XDPM %: 74

Agency: Ferguson PD           Serial #: X00-571300

Existing DPM:         Pulse Rate= __17__ / __0.924__ Δ= __18.40__ pps - Image #TEK__0000.png__
                                  (# of spaces between pulses)

New DPM:              Pulse Rate= __N/A__ / __N/A__ Δ= __N/A__ pps - Image #TEK__N/A__
                                  (# of spaces between pulses)

Peak Load Voltage = ___2.023___ KV

Main Phase Charge = ___108.0___ μC – Image # TEK___0001.png___

Pulse Duration = ___130.0___ μs - Image #TEK___0002.png___

Notes:

The CEW is operating within specifications.
SPC was run 15-JAN-14

Equipment Used:

Tektronix DPO3034 Oscilloscope S/N: C010658, Calibration Due 04-JUN-2014
Tektronix TCP-202 Current Probe S/N: B054660, Calibration Due 20-MAR-2014
Tektronix P5100 Voltage Probe- No calibration required

## X26 Customer Specifications

| Electrical Output Specifications with a 600 Ω Load | TASER X26 Specifications |
|---|---|
| Pulse rate | 16.5 to 20 pulses per second (pps) |
| Main phase charge | 80 to 125 microcoulombs |
| Peak loaded main phase voltage | 1400 to 2520 volts |
| Pulse duration: full waveform | 105 to 155 microseconds |

Ferg 1699



| | |
|---|---|
| 17800 N. 85th St. Scottsdale, AZ 85255-9603 | Phone: (480) 991-0797 • (800) 978-2737<br>Fax: (480) 991-0791<br>www.TASER.com |

February 4, 2014

PO Jon Brannan
Ferguson Police Department
222 South Florissant
Ferguson, MO 63135
Phone: 314-922-3765
Email: jbrannan@fergusoncity.com
Case Number: 11-18027

## Report from TASER International, Inc.
## Download and Electrical Analysis of X00-571300, TS# 187972

**Report:**

Analysis of TASER® X26™ conducted electrical weapon (CEW) with serial number X00-571300. TASER International was asked to conduct an electrical analysis of the CEW to determine if the weapon is operating within manufacturer's specifications and a download analysis of the Activation Log in reference to a field usage on September 17, 2011. The download analysis was performed at the TASER International facility in Scottsdale, AZ on January 28, 2014. The electrical analysis was performed at the TASER International facility in Scottsdale, AZ on January 29 and 31, 2014.

**Activation Log Download and Analysis:**

The enclosed Activation Log indicates that the TASER X26 CEW with serial number X00-571300 is recording data properly. The computer used to conduct the download was set to Central Standard Time (CST). The times displayed in the Activation log are in Greenwich Mean Time (GMT) and in local CST.

Note that the X26 CEW clock can drift up to ± 4 minutes per month due to internal component tolerances and environmental conditions. Prior to the usage on September 17, 2011, the last time synchronization that took place was on July 18, 2011 (Lines 812 and 813). The internal clock was running for just 2 months after the synchronization, so there could be up to a ±8 minute drift in the actual trigger activation times shown in the corrected portion of the Activation Log.

The activation times recorded in the Activation Log are the time that the firing cycle ended. The activation durations recorded in the Activation Log are rounded up to the next second, after 10 milliseconds (i.e., a 2.1 second activation will record as 3 seconds).

The enclosed Activation Log indicates that the CEW was trigger activated 5 times on September 17, 2011. The activation times (not including any potential time drift) are:

- Line 947  September 17, 2011  6:26:04 AM CST  1 second duration
- Line 948  September 17, 2011  6:53:17 AM CST  6 second duration
- Line 949  September 17, 2011  6:53:22 AM CST  5 second duration
- Line 950  September 17, 2011  6:53:28 AM CST  5 second duration
- Line 951  September 17, 2011  6:53:34 AM CST  5 second duration

**X26 CEW Electrical Analysis:**

The X26 CEW with serial number X00-571300 was tested for electrical output to the TASER *Certified Specifications Test Procedure, revision 7.0*.

The X26 CEW was activated twice into an Ohmite® LN100J600 600 Ohm Non-Inductive Resistive Load. The first activation tested the pulse rate of the CEW with the existing DPM installed. The second activation tested the Main Phase Charge, Peak Loaded Voltage, and Pulse Duration. The pulses and waveform were measured using a Tektronix® DPO3034 Oscilloscope (SN C010658), calibrated by Tektronix, Inc. with a due date of June 2014, a Tektronix P5100 Voltage Probe, and a Tektronix TCP-202 Current Probe (SN B054660), calibrated by Tektronix, Inc. with a due date of March 2014. Signal Path Compensation on the oscilloscope was performed before testing on January 15, 2013.

The TASER X26 specifications test procedure is designed to test the critical parameters of the CEW: output charge; pulse duration; and repetition rate. The test protocol uses an average of at least 8 sample pulses for analysis, or about half a second of output from the CEW. For testing and evaluating the electrical output from the CEW, this sampling method improves the accuracy and consistency of the data versus simply taking a single pulse sampling of the waveform.

The testing performed on the CEW with serial number X00-571300 revealed that the CEW is functioning within published specifications for peak loaded voltage, output charge, pulse duration, and pulse rate.

Enclosed in this report are the graphics of the waveform output testing and below is a table with the testing results for the CEW with serial number X00-571300, tested with the existing DPM at 74% battery capacity:

| X26 CEW Serial Number | Main Phase Charge [Micro coulombs] | Pulse Duration [Microseconds] | Pulse Rate [Pulses per second] | Peak Loaded Voltage [Volts] |
|---|---|---|---|---|
| X26 Published Specifications | 80 - 125 | 105 - 155 | 19 +1/-2.5 | 1,400 - 2,520 |
| X00-571300 | 108.0 | 130.0 | 18.40 | 2,023 |

The X26 CEW was downloaded after the electrical analysis to ensure proper function of each device and logging. The downloaded Activation Log after the electrical analysis is included with this report along with the original Activation Log.

**Inspection:**
The X26 CEW with serial number X00-571300 was inspected for damage that could impede functionality or add risk to the Activation Log integrity. The front of the CEW grip, where the user holds the weapon, has a split in the plastic seam (see photo below). This split can cause a loose or broken connection with the CEW's power pack (DPM or TASER CAM) and could result in clock resets, possible data corruption, or even device malfunction in the field.



Page **3** of **136**

Ferg 1702

**Summary:**

The X26 CEW with serial number X00-571300 is recording data properly. The Activation Log indicates there were 5 trigger activations on September 17, 2011. There may be a ±8 minute drift in the actual activation times due to the CEW clock time drift.

The X26 CEW with serial number X00-571300 was tested to the TASER *Certified Specifications Test Procedure, revision 7.0*. The test results showed that the CEW is functioning within the manufacturer's published electrical specifications.

The X26 CEW with serial number X00-571300 was inspected for damage and found a split in the plastic seam at the front of the grip.

TASER recommends that all X26 CEWs be downloaded and clocks synchronized at least every 3 months and that spark tests be performed daily before each shift.

The CEW is being returned "as is". Due to the split in the handle seam at the grip, it is suggested to remove the CEW from service and consider a replacement.


Sincerely,

Bryan Chiles
Validation Test Manager

Enclosures:
- Original Activation Log for X26 CEW with serial number X00-571300
- Activation Log for X26 CEW with serial number X00-571300 after electrical analysis
- Oscilloscope screen captures for current and voltage waveforms for X26 CEW with serial number X00-571300



Pulse Rate test screen capture for X26 CEW with serial number X00-571300



Charge and Peak Voltage screen capture for X26 CEW with serial number X00-571300

Page 5 of 136

Ferg 1704



Pulse Duration screen capture for X26 CEW with serial number X00-571300

Original Activation Log Download



| TASER Information | | Downloaded By | |
|---|---|---|---|
| Serial # | X00-571300 | Name | Jami LaChapelle |
| Model # | X26 | Dept | Technical Services |
| X26 Software Version | 22 | Rank | Mrs |
| Dataport CD Version | 17.9 | Windows Version | Windows XP |
| Record Date Range | All Data | Report Generated | 01/28/14 16:25:13 (local) |
| Computer Time Zone | Central Standard Time *DST | | |
| Using Daylight Savings Time | Yes | | |

| Recorded Firing Data | | | | | |
|---|---|---|---|---|---|
| Seq | GMT Time | Local Time | Duration | Temp | Battery |
| 0001 | Incomplete Time Change Record | | | | |
| 0002 | 06/23/10 22:37:33 | 06/23/10 17:37:33 | Old Time | | |
| 0003 | 06/23/10 22:37:34 | 06/23/10 17:37:34 | New Time | | |
| 0004 | 06/23/10 22:38:14 | 06/23/10 17:38:14 | 5 | 22 | 96 |
| 0005 | 06/23/10 22:38:38 | 06/23/10 17:38:38 | 5 | 23 | 95 |
| 0006 | 06/23/10 | 06/23/10 | 5 | 24 | 95 |

Page **7** of **136**

Ferg 1706

| Recorded Firing Data | | | | | |
|---|---|---|---|---|---|
| Seq | GMT Time | Local Time | Duration | Temp | Battery |
| 0937 | 09/13/11 02:13:56 | 09/12/11 21:13:56 | 3 | 17 | 77 |
| 0938 | 09/13/11 02:13:57 | 09/12/11 21:13:57 | 1 | 18 | 77 |
| 0939 | 09/13/11 11:36:02 | 09/13/11 06:36:02 | 1 | 23 | 77 |
| 0940 | 09/13/11 19:37:44 | 09/13/11 14:37:44 | 1 | 27 | 77 |
| 0941 | 09/14/11 03:41:38 | 09/13/11 22:41:38 | 1 | 18 | 77 |
| 0942 | 09/15/11 14:31:31 | 09/15/11 09:31:31 | 1 | 18 | 77 |
| 0943 | 09/16/11 03:05:24 | 09/15/11 22:05:24 | 1 | 17 | 77 |
| 0944 | 09/16/11 11:24:54 | 09/16/11 06:24:54 | 1 | 18 | 77 |
| 0945 | 09/16/11 20:48:56 | 09/16/11 15:48:56 | 1 | 22 | 77 |
| 0946 | 09/17/11 03:22:50 | 09/16/11 22:22:50 | 1 | 18 | 77 |
| 0947 | 09/17/11 11:26:04 | 09/17/11 06:26:04 | 1 | 22 | 77 |
| 0948 | 09/17/11 11:53:17 | 09/17/11 06:53:17 | 6 | 17 | 76 |
| 0949 | 09/17/11 11:53:22 | 09/17/11 06:53:22 | 5 | 18 | 76 |
| 0950 | 09/17/11 11:53:28 | 09/17/11 06:53:28 | 5 | 19 | 75 |
| 0951 | 09/17/11 11:53:34 | 09/17/11 06:53:34 | 5 | 19 | 75 |

Ferg 1834