# COURTROOM MINUTE SHEET - JURY TRIAL DAY FIVE

DATE: November 4, 2016                              CASE NO: 4:14-cv-01443-SNLJ

Moore et al v. Ferguson Police Department et al

JUDGE: STEPHEN N. LIMBAUGH, JR.
CRT.  REPORTER: REAGAN FIORINO
DEPUTY CLERK: DAVID BRAUN

ATTORNEY (X) for Plaintiffs (X) : Todd M. Johnson, William T. Dowd,
                                   Mark L. Floyd Alex Lumaghi
ATTORNEY (X) for Defendants (X) : Peter J. Dunne, Robert T. Plunkert,
                                   Ida S. Shafaie

- (X)    Parties present for (JURY) trial.  ( ) Jury empaneled and sworn.
- ( )    Opening statements of () Pltf  /  () Dft  made.
- (X)    Pltf evidence resumed and concluded.
- (X)    (X) Dft motion for judgment as a matter of law at close of  plt's case made, argued and denied as to the failure to instruct claim (count II)  is denied.
- ( )    Dft evidence commenced and concluded.
- ( )    Pltf evidence in rebuttal commenced / resumed /and / but not concluded.
- ( )    Dft evidence in surrebuttal commenced / resumed and / but not concluded.
- (X)    Oral and Written motion of ( ) Pltf/ (X )Dft for judgment as a matter of law at the close of all evidence filed, made, argued and overruled.
- ( )    Proceedings to continue tomorrow at a.m.
- (X)    Closing arguments of counsel made.
- ( )    Case taken under advisement.
- (X)    Jury charged and retires to consider its verdict.
- (X)    Verdict (s) returned.  (See Verdict form).
- ( )    On motion of ( ) Pltf / ( ) Dft  jury polled.
- ( )    Jury having been given special verdict in the form of written interrogatories for finding (s) of fact, together with forms for general verdict (s), retires to consider its verdict (s).
- ( )    Jury unable to agree upon its verdict (s) by _____ a.m / p.m. is excused until tomorrow / Monday at _____ a.m. / p.m.  to resume its deliberations.
- (X)    Judgment is entered accordingly this date.
- (X)    (X) Pltf / (X) Dft exhibits retained by counsel.

JURY DELIBERATIONS:  Commenced:   1:40 p.m           Concluded:   3:48 p.m.
Proceeding Commenced  10:12 a.m.           Concluded:   10:36 a.m.
Proceeding Commenced  1:22 p.m.            Concluded:  1:40 p.m.
Proceeding Commenced  3:56 p.m.            Concluded:  4:04 p.m.