# EXHIBIT LIST

*Page 1*

*Style:  Moore et al v. Ferguson Police Department et al*
*Case Number: 4:14-cv-01443-SNLJ*

| π EXH. | Δ EXH | NAME OF EXHIBIT | DATE IDENTIFIED | DATE REC'D |
|---|---|---|---|---|
| 12 | | Ferguson Police Dept. Investigative Report 9/17/11 | 11/1/2016 | 11/3/2016 |
| 18 | | Recorded Firing Data | 11/1/2016 | 11/3/2016 |
| 19 | | Taser Warnings | 11/1/2016 | 11/3/2016 |
| 20 | | Taser Warnings | 11/1/2016 | 11/3/2016 |
| 58 | | CV Cuculich WU | 11/2/2016 | 11/3/2016 |
| 36 | | Taser Data download analysis and letter to Ferguson | 11/2/2016 | 11/3/2016 |
| 79 | | Autopsy photo of taser dart above heart | 11/2/2016 | 11/3/2016 |
| 49 | | St. Louis County Medical Examiner Report | 11/2/2016 | 11/3/2016 |
| 55 | | Christian Hospital Records | 11/2/2016 | 11/3/2016 |
| 74 | | Autopsy photo of upper full body | 11/2/2016 | 11/3/2016 |
| 11D | | DOJ Report Re: Ferguson (excerpts read at trial) | 11/2/2016 | 11/3/2016 |
| 37 | | Ferguson Police Dept. - Incident Maintenance | 11/2/2016 | 11/3/2016 |
| 1 | | Dept. Purpose and Mission; Code of Ethics; Gen. Order 103.00 | 11/2/2016 | 11/3/2016 |
| 6 | | Standards of Conduct; Gen. Order 304.00 | 11/2/2016 | 11/3/2016 |
| 7 | | Personnel Responsiblities; Gen. Order 111.00 | 11/2/2016 | 11/3/2016 |
| 8 | | Use of Force; Gen. Order 410.00 | 11/2/2016 | 11/3/2016 |
| 30 | | Use of Force Report | 11/2/2016 | 11/3/2016 |
| 48 | | Ferguson Police Department - Taser International Use Report | 11/2/2016 | 11/3/2016 |
| 46 | | 7/11/2011 Ferguson Police Department - Use of Force Report / Pursuit Report | 11/2/2016 | 11/3/2016 |
| 47 | | 7/30/2011 Ferguson Police Department - Use of Force Report / Pursuit Report | 11/2/2016 | 11/3/2016 |
| 21 | | 5/1/2010 Taser Training | 11/2/2016 | 11/3/2016 |
| 36 | | 1/29/2014 Taser Data download analysis and letter to Ferguson | 11/2/2016 | 11/3/2016 |

**EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 9 | | Taser Use of Force 499.01 Policy | 11/2/2016 | 11/3/2016 |
| 66 | | Photo of Jason and Tina | 11/3/2016 | 11/3/2016 |
| 72 | | Photo of Jason | 11/3/2016 | 11/3/2016 |
| 64 | | Photo of Jason Moore with his niece | 11/3/2016 | 11/3/2016 |
| 91 | | Video of Jason Moore Baptism | 11/3/2016 | 11/3/2016 |
| | G | Certified Conviction of Jason Moore | 11/3/2016 | 11/3/2016 |
| 63 | | Photo of Jason Moore as a kid | 11/3/2016 | 11/3/2016 |
| 89 | | Photo of Jason and Anthony Rice | 11/3/2016 | 11/3/2016 |
| 59 | | PowerPoint - Phillip S. Cuculich, MD, - Methods of VF induction and rescue | 11/2/2016 | 11/3/2016 |
| 56 | | Christian Hospital NE - EMS | 11/2/2016 | 11/3/2016 |
| | 12.1 | Ferguson Police Dept. Witness Statement | 11/3/2016 | 11/3/2016 |