UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TINA MOORE, individually and as Personal Representative of the ESTATE OF JASON MOORE, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 4:14-cv-1443 SNLJ |
| vs. | ) ) | No. 4:14-cv-1447 SNLJ CONSOLIDATED |
| CITY OF FERGUSON, MISSOURI, et al., | ) ) ) | |
| Defendants. | ) | |

# MEMORANDUM and ORDER

This matter is before the Court on defendant's motion to stay execution of judgment (#174). Defendants seek to stay execution of the judgment in light of defendants' planned post-trial motions, and defendants further request this stay without the Court's requiring a bond.

Federal Rule of Civil Procedure 62(b) states

> **Stay Pending the Disposition of a Motion**. On appropriate terms for the opposing party's security, the court may stay the execution of a judgment --- or any proceedings to enforce it --- pending disposition of [post-trial motions].

Defendants insist that a bond is not necessary here because their insurance policy covers the amount of the judgment. However, plaintiffs point out the policy limits are $3 million. Although the judgment in this case is less than $3 million, costs and fees awarded in this matter may bring the total amount to close to $4 million. As a result, the Court will grant defendants' motion to stay the execution of the judgment, and defendants

1

will not be required to post a bond for the full amount. However, defendants shall obtain a bond covering the $1 million that may be due over and above the defendants' insurance policy limits.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion to stay execution of judgment (#174) DENIED in part and GRANTED in part.

**IT IS FURTHER ORDERED** that execution of judgment in this matter is STAYED pending resolution of the defendants' post-trial motions.

**IT IS FINALLY ORDERED** that defendants shall post a bond of $1,000,000.


Dated this  14th  day of December, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE