UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TINA MOORE, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JASON MOORE, DELORES MOORE, AND RENEE RODGERS, AS NEXT FRIEND FOR A.D.R., A MINOR, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | Case No.:   4:14-CV-1443 SNLJ 4:14-CV-1447 SNLJ (Consolidated) |
| BRIAN KAMINSKI AND CITY OF FERGUSON, MISSOURI, | ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the undersigned hereby stipulate that all claims of Plaintiffs against all Defendants be dismissed, in their entirety, with prejudice. Each party to bear their own costs.

Respectfully submitted,

/s/ Peter J. Dunne
Peter J. Dunne   #31482
Robert T. Plunkert   #62064
Michael A. Langella #67258
Ida S. Shafaie   #66220
PITZER SNODGRASS, P.C.
Attorneys for Defendants
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)

**SO ORDERED this 3rd day of March, 2017.**

_____
**STEPHEN N. LIMBAUGH, JR.**
**UNITED STATES DISTRICT JUDGE**

{01839302.DOCX;1}

/s/ William T. Dowd

William T. Dowd
Alex R. Lumaghi
211 North Broadway, Suite 4050
St. Louis, Missouri 63102
Bill@dowdlaw.net
Mark Floyd
8151 Clayton Road, Suite 202
St. Louis, Missouri 63117
mark@thefloydlawfirm.com

*Attorneys for Plaintiffs Tina Moore and Estate of Jason Moore*

/s/ Todd M. Johnson

Todd M. Johnson
9237 Ward Parkway, Suite 240
Kansas City, Missouri 64114
tjohnson@vnjlaw.com

Michael D. Cerulo
231 S. Bemiston, Suite 230
St. Louis, Missouri 63105
mcerulo@batyholm.com

*Attorneys for Plaintiffs Delores Moore and Renee Rodgers, as Next Friend of A.D.R., a minor*

/s/ Ronald A. Norwood

Mr. Ronald A. Norwood
Mr. Apollo D. Carey
Lewis Rice LLC
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
rnorwood@lewisrice.com
acarey@lewisrice.com
*Attorney for Defendant City of Ferguson*

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 3rd day of March 2017, to be served either by operation of the Court's electronic filing system, or by First Class Mail, upon the following:

William T. Dowd
Alex R. Lumaghi
211 North Broadway, Suite 4050
St. Louis, Missouri 63102
Bill@dowdlaw.net
Mark Floyd
8151 Clayton Road, Suite 202
St. Louis, Missouri 63117
mark@thefloydlawfirm.com

*Attorneys for Plaintiffs Tina Moore and Estate of Jason Moore*

Todd M. Johnson
9237 Ward Parkway, Suite 240
Kansas City, Missouri 64114
tjohnson@vnjlaw.com

Michael D. Cerulo
231 S. Bemiston, Suite 230
St. Louis, Missouri 63105
mcerulo@batyholm.com

*Attorneys for Plaintiffs Delores Moore and Renee Rodgers, as Next Friend of A.D.R., a minor*

Mr. Ronald A. Norwood
Mr. Apollo D. Carey
Lewis Rice LLC
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
rnorwood@lewisrice.com
acarey@lewisrice.com
*Attorney for Defendant City of Ferguson*

/s/ Peter J. Dunne